**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: **08 C 1224**

ITEX, INC., a Colorado Corporation; and
MF & H TEXTILES, INC., a Georgia Corporation,
          v.
WORKRITE UNIFORM COMPANY, INC., a California
Corporation; et al.

**JUDGE BUCKLO**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs ITEX, INC. a Colorado Corporation and MF & H TEXTILES, INC., a Georgia Corporation

| | |
|---|---|
| NAME (Type or print) | |
| Mark W. Hetzler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mark W. Hetzler | |
| FIRM | |
| Fitch, Even, Tabin & Flannery | |
| STREET ADDRESS | |
| 120 South LaSalle Street, Suite 1600 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois, 60603-3406 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06217209 | 312.577.7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |