**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, v. WORKRITE UNIFORM COMPANY, INC., a California Corporation; et al. | 08 C 1224 |

FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE BUCKLO
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs ITEX, INC. a Colorado Corporation and MF & H TEXTILES, INC., a Georgia Corporation

| | |
|---|---|
| NAME (Type or print) | |
| Jeffrey A. Chelstrom | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jeffrey A. Chelstrom | |
| FIRM | |
| Fitch, Even, Tabin & Flannery | |
| STREET ADDRESS | |
| 120 South LaSalle Street, Suite 1600 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois, 60603-3406 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6281163 | 312.577.7000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐