**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WORKRITE UNIFORM COMPANY, INC., a California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. **08 C 1224** <br><br> **JUDGE BUCKLO** <br> **MAGISTRATE JUDGE KEYS** <br><br> LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENTS |

Pursuant to Local Rule 3.4, Plaintiffs, Itex, Inc. and MF & H Textiles ("Itex et al."), hereby provide notice of the information required by 35 U.S.C. §290 with respect to the following patent asserted against Defendants in this action:

**Patents upon Which Action Has Been Brought:** U.S. Patent No. 5,468,545

-1-

**Name of Inventors:**   George R. Fleming and James R. Green

**Plaintiffs:**   ITEX, INC.
7399 Tucson Way, Suite C1-A
Englewood, Colorado 80112

MF & H TEXTILES, INC.
P.O. Box 1970
Butler, Georgia 31006

**Defendants:**   WORKRITE UNIFORM COMPANY, INC.
1701 N. Lombard Street, Suite 200
Oxnard, California 93030

BULWARK, a Division of VF Corporation
Corp. Service Co.
327 Hillsborough Street
Raleigh, North Carolina 27601

CINTAS
KMK Service Corporation
1 E. 14th St., # 1800
Cincinnati, Ohio 45202

UNIFIRST
Corp. Service Co.
84 State St., 5th Floor
Boston, Massachusetts 02109

G & K SERVICES
5995 Opus Parkway, #500
Minnetonka, Minnesota 59343

ARAMARK
CT Company
1209 Orange Street
Wilmington, Delaware 19801

**Defendants**
**Continued:**  GREENWOOD MILLS, INC.
Wayne Q. Justesen, Jr.
104 Maxwell Avenue
Greenwood, South Carolina 29646

MOUNT VERNON MILLS, INC.
CT Corporation
75 Beattie Place
Greenville, South Carolina 29601

CARHARTT, INC.
Mark Valade
5750 Mercury Drive
Dearborn, Michigan 48126

Respectfully submitted,

Dated:   February 29, 2008.

*Mark W. Hetzler*
Mark W. Hetzler
Jeffrey A. Chelstrom
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone:   312.577.7000
Facsimile:   312.577.7007

Richard L. Mikesell
Law Offices of R.L. Mikesell
14827 Ventura Boulevard, Suite 216
Sherman Oaks, California 91403
Telephone:   (818) 376–0376
Facscimile:   (818) 377-2588

*Attorneys for Plaintiffs, Itex, Inc. and MF & H Textiles, Inc.*

-3-