## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **ITEX, INC.**, a Colorado corporation; and **MF&H TEXTILES, INC.**, a Georgia Corporation, <br><br> Plaintiffs, <br><br> -vs- <br><br> **WORKRITE UNIFORM COMPANY, INC.**, a California corporation, *et al.,* <br><br> Defendants. | Case Number 08 C 1224 <br><br> Judge Elaine E. Bucklo <br><br> Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

To:  Richard L. Mikesell            Mark W. Hetzler/Jeffrey Chelstom
     14827 Ventura Blvd., Ste 216     **Fitch Even Tabin & Flannery**
     Sherman Oaks, CA  91403          **120 S. LaSalle St., Suite 1600**
                                      **Chicago, IL 60603**

PLEASE TAKE NOTICE that on Wednesday, April 2, 2008, at 9:30 a.m., we will appear before the Honorable Elaine E. Bucklo in Courtroom 1441 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, to present **WESTEX'S MOTION TO INTERVENE**, a copy of which is attached and served upon you.

Respectfully submitted,

WESTEX INC.

By:  s/ Christopher E. Paetsch
     One of Its Attorneys

Alan L. Unikel
Christopher E. Paetsch
SEYFARTH SHAW LLP
131 South Dearborn
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Dated: March 28, 2008

CH2 20214487.1

## CERTIFICATE OF SERVICE

I, Christopher E. Paetsch, an attorney, certify that I served the attached **NOTICE OF MOTION** via facsimile and the Court's electronic filing system before 5:00 p.m. today, March 28, 2008, upon the following counsel of record:

>Richard L. Mikesell
>14827 Ventura Boulevard
>Suite 216
>Sherman Oaks, California 91403
>Fax: (818) 377-2588
>
>Mark W. Hetzler
>Jeffrey Chelstom
>FITCH EVEN TABIN & FLANNERY
>120 South LaSalle Street
>Suite 1600
>Chicago, Illinois 60603
>Fax: (312) 577-7007

>s/ Christopher E. Paetsch
>Christopher E. Paetsch

CH2 20214487.1