File No. 3006728-DAJ/jys

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ITEX, INC., a Colorado Corporation; and<br>MF & H TEXTILES, INC., a Georgia Corporation,<br><br>            Plaintiffs,<br><br>     vs.<br><br>WORKRITE UNIFORM COMPANY, INC.,<br>California Corporation; BULWARK, a Division<br>of VF Corporation, a Delaware Corporation;<br>CINTAS, an Ohio Corporation; UNIFIRST, a<br>Massachusetts Corporation; G & K SERVICES,<br>a Minnesota Corporation; ARAMARK, a<br>Delaware Corporation; GREENWOOD MILLS,<br>INC., a South Carolina Corporation; MOUNT<br>VERNON MILLS, INC., a South Carolina<br>Corporation; and CARHARTT, INC., a<br>Michigan Corporation,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 1224<br><br>Judge:            Bucklow<br><br>Magistrate Judge:   Keys |

**MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The Defendant, Mount Vernon Mills, Inc., a South Carolina Corporation (hereinafter referred to as "Mount Vernon"), by its attorneys, David A. Johnson and SmithAmundsen LLC, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves for an enlargement of time, to and including May 22, 2008, to answer or otherwise respond to Plaintiffs' Complaint.  In support of this motion, Mount Vernon states:

1.      Plaintiffs' Complaint for patent infringement, injunctive relief, and damages was filed on February 29, 2008, in the United States District Court for the Northern District of Illinois, Eastern Division and was assigned case number 08 C 1224.

2.      By agreement, the parties have stipulated to enlarge the time within which Mount Vernon must file its answer or responsive pleading to May 22, 2008.  (See Stipulation attached hereto and incorporated herein by reference as Exhibit "A.")

3.      The requested enlargement of time to May 12, 2008, is reasonable and necessary to provide counsel for Mount Vernon sufficient time to adequately investigate the allegations, confer with his client, and prepare appropriate responses to the Complaint.

WHEREFORE, Defendant, Mount Vernon Mills, Inc., respectfully moves the Court for an enlargement of time, to and including May 22, 2008, within which to answer or otherwise respond to Plaintiffs' Complaint.

Dated: March 28, 2008

                                        SmithAmundsen LLC


                                        By:    s/ David A. Johnson

David A. Johnson, ARDC No. 6184135
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 Fax

2