File No.: 3006728

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WORKRITE UNIFORM COMPANY, INC., California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation,<br><br>Defendants. | Case No. 08 C 1224<br><br>Judge: Bucklow<br><br>Magistrate Judge: Keys |

### STIPULATION

Pursuant to stipulation of the parties, it is hereby agreed that Mount Vernon Mills, Inc., is given forty-five (45) days from April 7, 2008, in which to Answer or other plead to Plaintiffs' Complaint, on or before May 22, 2008.

Itex, Inc.

By: /s/ Mark W. Hetzler
Mark Warren Hetzler, one of his attorneys
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, IL 60603
ARDC No.:

Mount Vernon Mills, Inc.

By: /s/
David A. Johnson, one of its attorneys
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
ARDC No.: 6184135

