File No. 3006728-DAJ/jys

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WORKRITE UNIFORM COMPANY, INC., California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation, <br><br> Defendants. | No.: 08 C 1224 <br> Judge: Bucklow <br> Magistrate Judge: Keys |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE THAT on the 3rd day of April, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Elaine E. Bucklow in Room 1441, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, a copy of which is hereby served upon you.

SmithAmundsen LLC

By:   s/ David A. Johnson
        Attorneys for Mount Vernon Mills, Inc.

David A. Johnson, ARDC No. 6184135
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 Fax

## AFFIDAVIT OF SERVICE

I, Jacqueline Y. Smith, after being first duly sworn on oath, depose and state that I electronically served this Notice, together with the documents herein referred, to the above-named attorneys prior to 5:00 p.m. on March 28, 2008.

*Jacqueline Y Smith*

SUBSCRIBED and SWORN to before me
this 28th day of March, 2008.

*[signature]*
Notary Public

OFFICIAL SEAL
JANICE PEARSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/21/12

File No. 3006728-DAJ
Itex, Inc. and MF & H Textiles, Inc. v. Workrite Uniform Company, Inc.

## SERVICE LIST

**Attorneys for Itex, Inc.**
Jeffrey A. Chelstrom, Esq.
Fitch, Even, Tabin & Flannery
120 South LaSalle Street. Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
(312) 577-7007 Fax
Email: jackel@fitcheven.com

Mark Warren Hetzler, Esq.
Fitch, Even, Tabin & Flannery
120 South LaSalle Street. Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
Email: mwhetz@fitcheven.com

Richard L. Mikesell, Esq.
Law Offices of R.L. Mikesell
14827 Ventura Boulevard, Suite 216
Sherman Oaks, CA 91403
(818) 376-0376

**Attorneys for MF & H Textiles, Inc.**
Jeffrey A. Chelstrom, Esq.
Fitch, Even, Tabin & Flannery
120 South LaSalle Street. Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
(312) 577-7007 Fax
Email: jackel@fitcheven.com

Mark Warren Hetzler, Esq.
Fitch, Even, Tabin & Flannery
120 South LaSalle Street. Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
Email: mwhetz@fitcheven.com

Richard L. Mikesell, Esq.
Law Offices of R.L. Mikesell
14827 Ventura Boulevard, Suite 216
Sherman Oaks, CA 91403
(818) 376-0376