# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1224 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Itex, Inc. Vs. Workrite Uniform, et al. | | |

**DOCKET ENTRY TEXT**

Westex's motion to intervene (10) heard on 4/2/08 and the motion is granted. Moving defendant's motion (12) for extension of time until 5/22/08 to respond to the complaint is also granted. Status hearing set for 4/18/08 is reset for 4/25/08 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|