

# United States District Court
## Northern District of Illinois

In the Matter of

Itex

v.

Workrite et al

Case No. 8 C 1224

Designated Magistrate Judge
Arlander Keys

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Elaine E. Bucklo** to be related to **5 c 6110** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Wayne R. Andersen

Dated: April 3, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Wayne R. Andersen**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: APR - 7 2008

Finding of Relatedness (Rev. 9/99)