# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ITEX, INC., et al. | |
| | 08 C 1224 |
| v. | |
| WORKRITE UNIFORM COMPANY, INC., et al. | Judge Wayne R. Andersen |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant VF Imagewear, Inc., a Delaware Corporation, incorrectly named as Bulwark, a Division of VF Corporation

| |
|---|
| NAME (Type or print) |
| Joel R. Merkin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Joel R. Merkin |
| FIRM |
| Sonnenschein Nath & Rosenthal LLP |
| STREET ADDRESS |
| 7800 Sears Tower, 233 South Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290212 | 312-876-8000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.co