# Exhibit A

Case 1:08-cv-01224    Document 21-2    Filed 04/14/2008    Page 1 of 2



Steven R. Sedberry
Corporate Counsel

VF Imagewear, Inc.
545 Marriott Drive
Nashville, TN 37214
615.565.5189 Direct Line
615.882.2426 Facsimile
steve_sedberry@vfc.com

VIA FEDERAL EXPRESS

April 2, 2008

Richard L. Mikesell, Esq.
14827 Ventura Blvd., Ste. 216
Sherman Oaks, CA 91403

Re: Itex v. Westex, et al

Dear Mr. Mikesell:

This will confirm our electronic mail correspondence of March 28 in which you agreed that VF Imagewear, Inc., incorrectly named as "Bulwark, a Division of VF Corporation, a Delaware Corporation" will be given an additional thirty (30) days in which to file an answer to the complaint in the captioned matter.

Sincerely,

VF IMAGEWEAR, INC.

Steven R. Sedberry
Corporate Counsel