**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| WORKRITE UNIFORM COMPANY, INC., a California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 08 C 1224

Judge Wayne R. Andersen

## NOTICE OF MOTION

TO:    All Counsel of Record

PLEASE TAKE NOTICE that on April 24, 2008 at 9:00 a.m., the undersigned shall appear before the Honorable Judge Wayne R. Andersen or any other Judge sitting in his stead, in courtroom 1403 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the AGREED MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT, a copy of which is attached.

Dated:  April 14, 2008                    Respectfully submitted,

By: /s/ Joel R. Merkin _____

James A. Klenk (#1482599)
Joel R. Merkin (#6290212)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive

Chicago, IL 60606
(312) 876-8000

## <u>CERTIFICATE OF SERVICE</u>

I, Joel R. Merkin, an attorney, hereby certify that on April 14, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Jeffrey A Chelstrom**
  jachel@fitcheven.com
- **Jerome Joseph Duchowicz**
  jduchowicz@salawus.com
- **Mark Warren Hetzler**
  mwhetz@fitcheven.com
- **David Andrew Johnson**
  djohnson@salawus.com

and I hereby certify that on April 14, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**Richard L. Mikesell**
Law Offices of R.L. Mikesell
14827 Ventura Boulevard
Suite 216
Sherman Oaks, CA 91403

/s/ Joel R. Merkin
Joel R. Merkin