

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ITEX, INC., a Colorado corporation, and MF&H TEXTILES, INC., a Georgia corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | 05 C 6110 |
| v. | ) ) | Hon. Wayne R. Anderson |
| WESTEX, INC., an Illinois corporation, | ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

| | | |
|---|---|---|
| ITEX, INC., a Colorado corporation, and MF&H TEXTILES, INC., a Georgia corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08 C 1224 (Related) |
| WORKRITE UNIFORM COMPANY, INC. a California corporation, *et al.* | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE that on the 15th day of April 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Appearance of G&K Services, Inc.**, a copy of which is attached and hereby served upon you.

By: /s/ Mark Senak
Senak & Smith, Ltd.

Mark N. Senak
Senak & Smith, Ltd.
200 West Adams Street, Suite 1015
Chicago, IL 60606
312-714-7149
312-268-6164 (fax)

## CERTIFICATE OF SERVICE

    I, Mark N. Senak, an attorney, herby certify that I served a copy of the attached documents on the attorneys of record listed on the attached service list by depositing copies in the United States mail box located at 200 West Adams Street, Chicago, Illinois, proper postage prepaid, on our before 5:00 pm on April 15, 2008.

By: _____
       Mark N. Senak

## Service List

*Itex, Inc., et al., v. Workrite Uniform Company, Inc., et al.*
Case No: 08 C 1224 (consolidated with 05 C 6110)

### Counsel for Itex, Inc., and MF & H Textiles, Inc.

Jeffrey A. Chelstrom*
Mark Warren Hetzler
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
Fax: (312) 577-7007
Email: jachel@fitcheven.com
Email: mwhetz@fitcheven.com

Richard L. Mikesell
Law Offices of R.L. Mikesell
14827 Ventura Boulevard
Suite 216
Sherman Oaks, CA 91403
(818) 376-0376

### Counsel for Defendant Mount Vernon Mills Inc.

David Andrew Johnson*
Jerome Joseph Duchowicz
O'Hagan, Smith & Amundsen, L.L.C.
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
Email: djohnson@salawus.com
Email: jduchowicz@salawus.com

### Counsel for Westex Inc., King America Finishing, Inc., and Western Pierce Dyers & Finishers, Inc.

Christopher Eric Paetsch*
Alan L. Unikel
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: cpaetsch@seyfarth.com
Email: aunikel@seyfarth.com

\*   Denotes attorney receiving notice

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 C 1224

ITEX, Inc.,

        Plaintiff,

v.

Workrite Uniform Company, Inc, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

G&K Services, Inc.

FILED APR 15 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Mark N. Senak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *Mark Senak* | |
| FIRM <br> Senak & Smith, Ltd. | |
| STREET ADDRESS <br> 200 West Adams Street, Suite 1015 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> IL ARDC No. 6196583 | TELEPHONE NUMBER <br> 312-714-7149 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☑ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐