# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Itex, Inc., et al.

                                    Plaintiff,

v.                                                                       Case No.: 1:08–cv–01224
                                                                       Honorable Wayne R. Andersen

Workrite Uniform Company Inc., et al.

                                    Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision motion for extension of time to file answer[21].(tsa, )Mailed notice.


Dated: April 18, 2008

                                                                                     /s/ Wayne R. Andersen

                                                                                 United States District Judge