FILED

OCT 0 4 2007
OCT 04 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation, and MF & H TEXTILES, INC., a Georgia Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTEX, INC., an Illinois Corporation, KING AMERICA FINISHING, INC., an Illinois Corporation, and WESTERN PIECE DYERS & FINISHERS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 05 C 6110<br><br>Judge Wayne R. Andersen<br><br>Magistrate Judge Morton Denlow<br><br>**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiffs ITEX, INC., a Colorado Corporation; and MF& H TEXTILES, INC., a Georgia Corporation, by their undersigned attorney, for their Complaint against WESTEX, INC., allege and state as follows:

1. This is a civil action for patent infringement, injunctive relief, and damages arising out of the infringement of U.S. Patent Number 5,468,545. This action arises under the Patent laws of the United States and is based on an actual controversy between the parties with respect to the infringement of the above-named Patent.

**IDENTITY OF PARTIES**

2. Plaintiff, ITEX, INC. (hereinafter ITEX), is incorporated under the laws of the State of Colorado having its principal place of business at Englewood, Colorado. Plaintiff ITEX makes and sells products in the field of flame-retardant fabrics.



3.  Plaintiff, MF & H TEXTILES, INC. (hereinafter MF & H), is incorporated under the laws of the State of Georgia, having its principal place of business at Butler, Georgia. Plaintiff MF & H also makes products in the field of flame-retardant fabrics.

4.  Upon information and belief, Defendant, WESTEX, INC. (hereinafter WESTEX ), is incorporated under the laws of the State of Illinois, having its principle place of business in Chicago, Illinois. Defendant WESTEX makes and sells products in the fields of flame-retardant fabrics.

5.  Upon information and belief, Defendant, KING AMERICA FINISHING, INC. (hereinafter KING), is incorporated under the laws of the State of Illinois, having a place of business in Chicago, Illinois. Defendant KING makes and sells products in the fields of flame-retardant fabrics.

6.  Upon information and belief, Defendant, WESTERN PIECE DYERS & FINISHERS, INC. (hereinafter WESTERN), is incorporated under the laws of the State of Delaware, having its principle place of business in Chicago, Illinois. Defendant WESTERN makes and sells products in the fields of flame-retardant fabrics.

## JURISDICTION AND VENUE

7.  This is a civil action for patent infringement, injunctive relief, and damages arising under the United States Patent Act, 35 U.S.C. §§ 1331, 1338(a), 1391(b) and (c), and 1400(b). Requiring Defendants to respond to this action will not violate due process. Defendants maintain business operations within this district. Defendants' relationship with the State is therefore sufficient to make it reasonable for Defendants to defend the action in this District pursuant to 28 U.S.C. §1400(b).

## CASE OR CONTROVERSY

8. Plaintiffs ITEX and MF & H are the owners by valid assignment of U.S. Patent No. 5,468,545 (hereinafter referred to as the '545 patent), entitled "Long Wear Life Flame-Retardant Cotton Blend Fabrics", duly and legally issued on November 21, 1995, a copy of which is attached hereto as Exhibit A, such that they may enforce the '545 patent.

9. On information and belief, Defendants WESTEX, KING, and WESTERN have developed, manufactured, used, offered to sell, and/or sold, and continue to develop, manufacture, use, offer to sell, and/or sell, flame-retardant cotton blend fabrics under the name Ultra-Soft.

10. On information and belief, Defendants WESTEX, KING, and WESTERN intend to develop, manufacture, import, use, offer for sale, and/or sell flame-retardant cotton blend fabrics in the future.

11. On information and belief, Defendants WESTEX, KING, and WESTERN have been infringing and/or inducing or contributing to the infringement of at least one claim of the '545 patent, in violation of 35 U.S.C. § 271, by their activities in connection with the Ultra-Soft products.

12. Defendants were apprised of the existence of the '545 patent months ago, and did not cease their infringing activities. Their infringement is thus willful, and defendants are liable for treble damages.

WHEREFORE, Plaintiffs prays for judgment as follows:

A. That Defendants WESTEX, KING, and WESTERN be held to have infringed the patent-in-suit.

B. That the claims of the '545 patent are valid and enforceable.

C.  For the entry of an order preliminarily and permanently enjoining Defendants WESTEX, KING, and WESTERN, their subsidiaries, affiliates, parents, successors, assigns, officers, agents, servants, employees, attorneys, and all persons acting in concert or in participation with them, or any of them, from infringing, contributing to the infringement of, and inducing infringement of the patent-in-suit, and specifically from directly or indirectly making, using, importing, selling or offering for sale, any products embodying the inventions of the patent-in-suit during the life of the claims of the patent-in-suit, without the express written authority of Plaintiffs.

D.  That Defendants WESTEX, KING, and WESTERN, be directed to fully compensate Plaintiffs for all damages attributable to Defendant WESTEX'S, infringement of the patent-in-suit in an amount according to proof at trial, including, but not limited to, reasonable royalties and lost profits, and that in the event the infringement is found to be willful or in bad faith, that those damages be trebled.

E.  That Defendants WESTEX, KING, and WESTERN be ordered to deliver to Plaintiffs for destruction at Plaintiffs' option all products that infringe the patent-in-suit.

F.  That Defendants WESTEX, KING, and WESTERN be required to account for all gains, profits, advantages, and unjust enrichment derived from their violations of law.

G.  That Defendants WESTEX, KING, and WESTERN be required to pay Plaintiffs their costs of suit, including attorneys' fees pursuant to 35 U.S.C. § 285.

H.  That Plaintiffs have such other, further and different relief as the Court deems proper under the circumstances.

## JURY DEMAND

PLAINTIFFS ITEX AND MF& H DEMAND TRIAL BY JURY.

Respectfully submitted,

Dated: October 3, 2007

*Mark W. Hetzler*
Mark W. Hetzler
Jeffrey A. Chelstrom
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Telephone (312) 577-7000
Facsimile (312) 577-7007

Richard L. Mikesell
LAW OFFICES OF R. L. MIKESELL
14827 Ventura Boulevard, Suite 216
Sherman Oaks, California 91403
Telephone (818) 376-0376

*Attorneys for Plaintiffs Itex, Inc. and MF & H Textiles, Inc.*