IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation, and MF & H TEXTILES, INC., a Georgia Corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>WESTEX, INC., an Illinois Corporation, KING AMERICA FINISHING, INC., an Illinois Corporation, and WESTERN PIECE DYERS & FINISHERS, INC., a Delaware Corporation,<br><br>          Defendants. | Case No. 05 C 6110<br><br>Judge Wayne R. Andersen<br>Magistrate Judge Morton Denlow<br><br>Time: 9:00 a.m.<br>Date: November 8, 2007<br>Court: Room Number 1403<br><br>No Discovery Cut-Off Date<br><br>No Trial Date Set |

<u>MOTION FOR ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT</u>

Plaintiffs, ITEX, Inc., and MF & H Textiles, Inc. ("ITEX"), hereby move the Court, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, for an order granting Plaintiffs leave to File a Second Amended Complaint.

The reasons in support of this motion are set forth fully in ITEX's memorandum entitled MEMORANDUM IN SUPPORT OF MOTION FOR ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT. A copy of the proposed second amended complaint is attached hereto as Exhibit A.


EXHIBIT D

Respectfully submitted,

Dated: November 2, 2007              s/ Jeffrey A. Chelstrom
                                              Mark W. Hetzler
Jeffrey A. Chelstrom
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Telephone (312) 577-7000
Facsimile (312) 577-7007

Richard L. Mikesell
LAW OFFICES OF R. L. MIKESELL
14827 Ventura Boulevard, Suite 216
Sherman Oaks, California 91403
Telephone (818) 376-0376

*Attorneys for Plaintiffs Itex, Inc. and MF & H Textiles, Inc.*