# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6110 | **DATE** | December 19, 2007 |
| **CASE TITLE** | Itex, Inc. et al. v. Westex, Inc. et al. | | |

**DOCKET ENTRY TEXT**

This matter is before the court on plaintiffs' motion for leave to file a second amended complaint [57]. That motion is denied without prejudice. Plaintiffs' motion may be renewed at subsequent date upon good cause shown.

Docketing to mail notices.

Courtroom Deputy Initials: TSA

05C6110 Itex, Inc. Et al. Vs. Westex, Inc. Et al.



EXHIBIT F

Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Itex, Inc., et al.
                           Plaintiff,
v.                                          Case No.: 1:05−cv−06110
                                            Honorable Wayne R. Andersen
Westex, Inc., et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Wayne R. Andersen :Telephone conference held held on 1/31/2008. For the reasons stated on the record, plaintiff's motion to file 2nd amended complaint [57] is denied. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.