Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 5 C 6110 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Itex vs. Westex | | |

**DOCKET ENTRY TEXT**

Defendant's motion for finding of relatedness [73] is granted. Case number 8 C 1224, Itex, Inc. et al v. Workrite Uniform Company, et al, (J. Bucklo) shall be reassigned to the calendar of J. Andersen.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|



EXHIBIT I