File No. 3006728-DAJ/jys

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, ) ) ) Plaintiffs, ) ) vs. ) ) WORKRITE UNIFORM COMPANY, INC., ) California Corporation; BULWARK, a Division ) of VF Corporation, a Delaware Corporation; ) CINTAS, an Ohio Corporation; UNIFIRST, a ) Massachusetts Corporation; G & K SERVICES, ) a Minnesota Corporation; ARAMARK, a ) Delaware Corporation; GREENWOOD MILLS, ) INC., a South Carolina Corporation; MOUNT ) VERNON MILLS, INC., a South Carolina ) Corporation; and CARHARTT, INC., a ) Michigan Corporation, ) ) Defendants. ) | No.: 08 C 1224<br>Judge: Wayne R. Andersen<br>Magistrate Judge: Morton Denlow |

## NOTICE OF MOTION

TO:　**SEE ATTACHED SERVICE LIST**

　　PLEASE TAKE NOTICE THAT on the 24th day of April, 2008, at 9:00 a.m., we shall appear before the Honorable Judge Wayne R. Andersen in Room 1403, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached Motion To Stay The Proceedings, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　SmithAmundsen LLC

　　　　　　　　　　　　　　　By:　s/ David A. Johnson
　　　　　　　　　　　　　　　　　　Attorneys for Mount Vernon Mills, Inc.

David A. Johnson, ARDC No. 6184135
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 Fax

## AFFIDAVIT OF SERVICE

I, Jacqueline Y. Smith, after being first duly sworn on oath, depose and state that I electronically served this Notice, together with the documents herein referred, to the above-named attorneys prior to 5:00 p.m. on April 18, 2008.

*[signature: Jacqueline Y Smith]*

SUBSCRIBED and SWORN to before me
this 18th day of April, 2008.

*[signature: Angenette Adams]*
Notary Public

OFFICIAL SEAL
ANGENETTE ADAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11