# Commonwealth of Massachusetts

## OFFICER'S RETURN OF SERVICE

United States District Court  Northern District of Illinois
              Summons In A Civil Case
              Case Number: 08 C 1224

ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation;,

V.

WORKRITE UNIFORM COMPANY, INC., a California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G& K SERVICES, a Minnesota Corporation;ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., A South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation.,

March 25, 2008

I, this day served a true and attested copy of the within *Summons and Complaint along with a First Amended Complaint and Demand For Jury Trial, Civil Cover Sheet, Exhibit A, Local Rule 3,4 Notice of Claims Involving Patents, Application For Leave To Appear PRO HAC VICE, Attorney Appearance Form, Case Management Procedures,LR5.2. Form of Documents Filed,LR7.1. Briefs: Page Limit, and Notification Of Docket Entry* in a Civil Case upon Unifirst c/o Corporation Services of 84 State Street, Suite 550, Boston, Massachusetts 02109-2211

Said service was made by giving IN-HAND to Jason Boulanger, Customer Service Representative of Corporation Services of 84 State Street, Suite 550, Boston, Massachusetts 02109-2211
Telephone Number: 1-800-903-6902 Ext. 2512
Said service was made on March 25, 2008 Tuesday at 3:21 P.M. (EST)
I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Service Fees is true and correct.
Service Fee: $55.00

*[signature]*
Charles V. Grillo, Jr.
**Constable City of Boston**
1531 Centre Street
Boston, Massachusetts 02131-1900
Telephone Number: (617) 777-1938

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ITEX, INC., a Colorado Corporation; and
MF & H TEXTILES, INC., a Georgia
Corporation;

V.

WORKRITE UNIFORM COMPANY, INC., a California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation.

CASE NUMBER: **08 C 1224**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE BUCKLO**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

UNIFIRST, a Massachusetts Corporation
Corp. Service Co.
84 State Street, 5th Floor
Boston, Massachusetts 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark W. Hetzler, Esq.
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

March 3, 2008
Date