## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 1224 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Itex, Inc. Vs. Workrite | | |

**DOCKET ENTRY TEXT**

Defendant Vernon Mills' motion to stay [27] is entered and briefed as follows: Plaintiff to respond by 5/9/2008. Defendant to reply by 5/16/2008. Ruling will be made by mail. Defendants Westex, CarHartt, Inc. and G & K Services oral motions to join Mills' motion to stay is granted.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | TSA |
|---|---|---|