| Attorney or Party without Attorney: <br> LAW OFFICES OF R. L. MIKESELL <br> 14827 VENTURA BLVD., SUITE 216 <br> SHERMAN OAKS, CA 91403 <br> Telephone No: 818-376-0376    FAX No: 818-377-2588 | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of Illinois |

| Plaintiff: ITEX |
|---|
| Defendant: WORKRITE |

| **AFFIDAVIT OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08 C 1224 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint; Civil Case Cover Sheet; Local Rile 3.4 Notice Of Claims Involving Patents; Application For Leave To Appear Pro Hac Vice For Richard L. Mikesell With Signed Order Thereon; Attorney Appearance Form For Mark W. Hetzler Of Fitch, Even, Tabin & Flannery And Attorney Appearance From For Jeffrey A. Chelstron Of Fitch, Even Tabin & Flannery; Lr5.2. Form Of Documents Filed (Local Rule); Lr73.1 Briefs; Page Limit 9local Rule); Case Management Procedures Etc. For Magistrate Judge Arlander Keys; And Case Management Procedures For Judge Elaine E. Bucklo; And Notification Of Docket Entry Re: Notice Of Status Conference Set For 4/18/2008

3. a. Party served:            WORKRITE UNIFORM COMPANY, INC. A CALIFORNIA CORPORATION
   b. Person served:           MELINA GONZALES -Authorized to Accept

4. Address where the party was served:    1701 N. LOMBARD STREET, SUITE 200
                                           OXNARD, CA  93030

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Mar. 17, 2008 (2) at: 4:40PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  WORKRITE UNIFORM COMPANY, INC. A CALIFORNIA CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                              Fee for Service:     $85.00
   a. DANIEL L. SANDERSON
   b. COUNTRYWIDE PROCESS, LLC
      5437 LAUREL CANYON BLVD. #112
      VALLEY VILLAGE, CA  91607
   c. (818) 980-7378, FAX (818) 980-5358

8. I declare under penalty of perjury under the laws of the State of Illinois and under the laws of the United States Of America that the foregoing is true and correct.

                                                                    (DANIEL L. SANDERSON)

AFFIDAVIT OF SERVICE
SUMMONS & COMPLAINT                                                 200861927.rlmik.62773

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ITEX, INC., a Colorado Corporation; and
MF & H TEXTILES, INC., a Georgia Corporation;

V.

WORKRITE UNIFORM COMPANY, INC., a California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation.

CASE NUMBER: **08 C 1224**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE BUCKLO
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

WORKRITE UNIFORM COMPANY, INC., a California Corporation
1701 N. Lombard Street, Suite 200
Oxnard, California 93030

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark W. Hetzler, Esq.
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

March 3, 2008

Date