| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LAW OFFICES OF R. L. MIKESELL<br>14827 VENTURA BLVD., SUITE 216<br>SHERMAN OAKS, CA 91403<br>Telephone No: 818-376-0376    FAX No: 818-377-2588<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of Illinois

Plaintiff: ITEX
Defendant: WORKRITE

| **AFFIDAVIT OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: 08 C 1224 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint; Civil Case Cover Sheet; Local Rile 3.4 Notice Of Claims Involving Patents; Application For Leave To Appear Pro Hac Vice For Richard L. Mikesell With Signed Order Thereon; Attorney Appearance Form For Mark W. Hetzler Of Fitch, Even, Tabin & Flannery And Attorney Appearance From For Jeffrey A. Chelstron Of Fitch, Even Tabin & Flannery; Lr5.2. Form Of Documents Filed (Local Rule); Lr73.1 Briefs; Page Limit 9local Rule); Case Management Procedures Etc. For Magistrate Judge Arlander Keys; And Case Management Procedures For Judge Elaine E. Bucklo; And Notification Of Docket Entry Re: Notice Of Status Conference Set For 4/18/2008

3. a. Party served:     MOUNT VERNON MILLS, INC. A SOUTH CAROLINA CORPORATION C/O CT CORP SYSTEM- AGENT FOR SERVICE OF PROCESS
   b. Person served:    LINDA DILLESHAW-SPECIAL ASSISTANT SECRETARY

4. Address where the party was served:    75 BEATTIE PLACE
   GREENVILLE, SC 29601

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Mar. 17, 2008 (2) at: 2:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. MELISSA T. POOLE
   b. COUNTRYWIDE PROCESS, LLC
      5437 LAUREL CANYON BLVD. #112
      VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

Fee for Service:    $85.00
I Declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

3/17/08  (Date)    Melissa Poole (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires: My Commission Expires June 21, 2009
(Date)

AFFIDAVIT OF SERVICE SUMMONS & COMPLAINT    (Notary Public)    200861927.rlmik.62774

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ITEX, INC., a Colorado Corporation; and
MF & H TEXTILES, INC., a Georgia
Corporation;

V.

WORKRITE UNIFORM COMPANY, INC., a California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation.

CASE NUMBER: **08 C 1224**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE BUCKLO
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

MOUNT VERNON MILLS, INC., a South Carolina Corporation
CT Corporation
75 Beattie Place
Greenville, South Carolina 29601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark W. Hetzler, Esq.
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406

an answer to the complaint which is herewith served upon you, within    Twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

March 3, 2008
Date