| Attorney or Party without Attorney:<br>LAW OFFICES OF R. L. MIKESELL<br>14827 VENTURA BLVD., SUITE 216<br>SHERMAN OAKS, CA 91403<br>Telephone No: 818-376-0376    FAX No: 818-377-2588 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of Illinois

Plaintiff: ITEX
Defendant: WORKRITE

| **AFFIDAVIT OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 C 1224 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint; Civil Case Cover Sheet; Local Rile 3.4 Notice Of Claims Involving Patents; Application For Leave To Appear Pro Hac Vice For Richard L. Mikesell With Signed Order Thereon; Attorney Appearance Form For Mark W. Hetzler Of Fitch, Even, Tabin & Flannery And Attorney Appearance From For Jeffrey A. Chelstron Of Fitch, Even Tabin & Flannery; Lr5.2. Form Of Documents Filed (Local Rule); Lr73.1 Briefs; Page Limit 9local Rule); Case Management Procedures Etc. For Magistrate Judge Arlander Keys; And Case Management Procedures For Judge Elaine E. Bucklo; And Notification Of Docket Entry Re: Notice Of Status Conference Set For 4/18/2008

3. a. Party served:          CARHARTT, INC. A MICHIGAN CORPORATION
   b. Person served:         MARK VALADE-AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    5750 MERCURY DRIVE
                                          DEARBORN, MI 48126

5. I served the party:
   b. **by substituted service**. On: Tue., Mar. 25, 2008 at: 10:45AM by leaving the copies with or in the presence of:
      RACHEL FAVERIO-PERSON IN CHARGE-, White, Female, 33 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 150 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Tue., Mar. 25, 2008 from: VALLEY VILLAGE, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                    Fee for Service:    $85.00
   a. JERRY WILLIAMS
   b. COUNTRYWIDE PROCESS, LLC
      5437 LAUREL CANYON BLVD. #112
      VALLEY VILLAGE, CA 91607
   c. (818) 980-7378, FAX (818) 980-5358

8. I declare under penalty of perjury under the laws of the State of Illinois and under the laws of the United States Of A America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE                    *(Jerry Will)* (JERRY WILLIAMS)
SUMMONS & COMPLAINT                                          200861927.rlmik.62781

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

ITEX, INC., a Colorado Corporation; and
MF & H TEXTILES, INC., a Georgia
Corporation;

V.

WORKRITE UNIFORM COMPANY, INC., a California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation.

CASE NUMBER: **08 C 1224**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE BUCKLO
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

CARHARTT, INC., a Michigan Corporation
Mark Valade
5750 Mercury Drive
Dearborn, Michigan  48126

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark W. Hetzler, Esq.
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois  60603-3406

an answer to the complaint which is herewith served upon you, within    Twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

March 3, 2008
Date

