IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC. and MF & H TEXTILES, INC., ) | |
| ) | Civil Action No. 1:08-cv-01224 |
| Plaintiffs, ) | |
| ) | The Honorable Wayne R. Andersen |
| v. ) | Magistrate Judge Morton Denlow |
| ) | |
| WORKRITE UNIFORM COMPANY, INC., ) | Time: 9:00 a.m. |
| BULWARK, a Division of VF Corporation, ) | Date: May 22, 2008 |
| CINTAS, UNIFIRST, G & K SERVICES, ) | Court: Room Number 1403 |
| ARAMARK, GREENWOOD MILLS, INC., ) | |
| MOUNT VERNON MILLS, INC., and ) | No Discovery Cut-Off Date |
| CARHARTT, INC., ) | |
| ) | No Trial Date Set |
| Defendants. ) | |

MOTION FOR CONSOLIDATION WITH
CIVIL ACTION NO. 05 C 6110 AND REQUEST FOR ORAL ARGUMENT

Plaintiffs, ITEX, Inc. and MF & H Textiles, Inc. ("ITEX"), hereby move the Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, for an order consolidating this Action with co-pending Case No. 05 C 6110. This motion is related to Defendant Mount Vernon Mills, Inc.'s Motion to Stay the Proceedings. Plaintiffs respectfully request this motion be set for oral argument, which can be set for the presentment date of May 22, 2008 or a later date as set by the Court.

The reasons in support of this motion are set forth fully in PLAINTIFFS' OPPOSITION TO DEFENDANT MOUNT VERNON MILLS, INC.'S MOTION TO STAY THE PROCEEDINGS AND MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CONSOLIDATION WITH CIVIL ACTION NO. 05 C 6110.

Respectfully submitted,

Dated:  May 9, 2008
   s/Jeffrey A Chelstrom
Mark W. Hetzler
Jeffrey A. Chelstrom
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois  60603-3406
Telephone (312) 577-7000
Facsimile (312) 577-7007
mwhetz@fitcheven.com
jachel@fitcheven.com

Richard L. Mikesell
Law Offices of R. L. Mikesell
14827 Ventura Boulevard, Suite 216
Sherman Oaks, California  91403
Telephone (818) 376-0376
richardmikesell@sbcglobal.net

*Attorneys for Plaintiffs Itex, Inc. and MF & H, Textiles, Inc.*