CERTIFICATE OF SERVICE

      I, Jeffrey A. Chelstrom, an attorney, certify that I served the attached MOTION FOR CONSOLIDATION WITH CIVIL ACTION NO. 05 C 6110 AND REQUEST FOR ORAL ARGUMENT via the Court's electronic filing system before 5:00 p.m. today, May 9, 2008, upon the following counsel of record:

      Bulwark, a Division of VF Corporation
      VF Imagewear, Inc.
            James A. Klenk, Esq. (1482599)
            Joel R. Merkin, Esq. (6290212)
            Sonnenschein Nath & Rosenthal LLP
            7800 Sears Tower
            233 South Wacker Drive
            Chicago, Illinois, 60606
            jklenk@sonnenschein.com
            jmerkin@sonnenschein.com

      G & K Services
            Mark N. Senak, Esq. (6196583)
            Senak & Smith, Ltd.
            200 West Adams Street, Suite 1015
            Chicago, Illinois, 60606
            msenak@senaklaw.com

      Mount Vernon Mills, Inc.
            Jerome J. Duchowicz, Esq. (0683930)
            David A. Johnson, Esq. (6184135)
            SmithAmundsen LLC
            150 North Michigan Avenue, Suite 3300
            Chicago, Illinois, 60601
            jduchowicz@salawus.com
            djohnson@salawus.com

      CarHartt, Inc.
            Christopher V. Carani, Esq. (6269503)
            McAndrews, Held & Malloy, Ltd.
            500 West Adams Street
            Chicago, Illinois, 60661
            ccarani@mhmlaw.com

        John A. Artz, Esq.
        John S. Artz, Esq.
        Dickinson Wright, PLLC
        38525 Woodward Avenue, Suite 2000
        Bloomfield Hills, Michigan, 48304
        jaartz@dickinsonwright.com
        jsartz@dickinsonwright.com

and was served by first class mail upon the following:

        Westex, Inc., King America Finishing, Inc., and Western Pierce
    Dyers & Finishers, Inc.
            Alan L. Unikel, Esq.
            Christopher E. Paetsch, Esq.
            Seyfarth Shaw LLP
            55 East Monroe Street, Suite 4200
            Chicago, Illinois, 60603
            aunikel@seyfarth.com
            cpaetsch@seyfarth.com


                                                  s/Jeffrey A Chelstrom
                                                  Attorney for Plaintiffs