IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC. and MF & H TEXTILES, INC., | ) |
| ) | Civil Action No. 1:08-cv-01224 |
| Plaintiffs, ) | |
| ) | The Honorable Wayne R. Andersen |
| v. ) | Magistrate Judge Morton Denlow |
| ) | |
| WORKRITE UNIFORM COMPANY, INC., ) | Time:   9:00 a.m. |
| BULWARK, a Division of VF Corporation, ) | Date:   May 22, 2008 |
| CINTAS, UNIFIRST, G & K SERVICES, ) | Court:  Room Number 1403 |
| ARAMARK, GREENWOOD MILLS, INC., ) | |
| MOUNT VERNON MILLS, INC., and ) | No Discovery Cut-Off Date |
| CARHARTT, INC., ) | |
| ) | No Trial Date Set |
| Defendants. ) | |

NOTICE OF MOTION
FOR CONSOLIDATION WITH CIVIL ACTION NO. 05 C 6110

To:   James A. Klenk, Joel R. Merkin, Sonnenschein Nath & Rosenthal LLP, 7800 Sears Tower, 233 South Wacker Drive, Chicago, Illinois, 60606

Mark N. Senak, Senak & Smith, Ltd., 200 West Adams Street, Suite 1015, Chicago, Illinois, 60606

Jerome J. Duchowicz, David A. Johnson, SmithAmundsen LLC, 150 North Michigan Avenue, Suite 3300, Chicago, Illinois, 60601

Christopher V. Carani, McAndrews, Held & Malloy, Ltd., 500 West Adams Street, Chicago, Illinois, 60661

John A. Artz, John S. Artz, Dickinson Wright, PLLC, 38525 Woodward Avenue, Suite 2000, Bloomfield Hills, Michigan, 48304

Alan L. Unikel, Christopher E. Paetsch, Seyfarth Shaw LLP, 55 East Monroe Street, Suite 4200, Chicago, Illinois, 60603

PLEASE TAKE NOTICE that on May 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard in the above-captioned action, Plaintiffs, ITEX, Inc. and MF & H Textiles, Inc. ("ITEX"), shall appear before The Honorable Wayne R. Andersen in the courtroom usually occupied by him, or before any Judge sitting in his stead, and shall then and there present the attached ITEX's MOTION FOR CONSOLIDATION WITH CIVIL ACTION NO. 05 C 6110.

                                              Respectfully submitted,

Dated:  May 9, 2008                          s/Jeffrey A Chelstrom
                                              Mark W. Hetzler
                                              Jeffrey A. Chelstrom
                                              FITCH, EVEN, TABIN & FLANNERY
                                              120 South LaSalle Street, Suite 1600
                                              Chicago, Illinois  60603-3406
                                              Telephone (312) 577-7000
                                              Facsimile (312) 577-7007
                                              mwhetz@fitcheven.com
                                              jachel@fitcheven.com

                                              Richard L. Mikesell
                                              Law Offices of R. L. Mikesell
                                              14827 Ventura Boulevard, Suite 216
                                              Sherman Oaks, California  91403
                                              Telephone (818) 376-0376
                                              richardmikesell@sbcglobal.net

                                              *Attorneys for Plaintiffs Itex, Inc. and*
                                              *MF & H, Textiles, Inc.*