CERTIFICATE OF SERVICE

    I, Jeffrey A. Chelstrom, an attorney, certify that I served the attached NOTICE OF MOTION FOR CONSOLIDATION WITH CIVIL ACTION NO. 05 C 6110 via the Court's electronic filing system before 5:00 p.m. today, May 9, 2008, upon the following counsel of record:

    Bulwark, a Division of VF Corporation
    VF Imagewear, Inc.
        James A. Klenk, Esq. (1482599)
        Joel R. Merkin, Esq. (6290212)
        Sonnenschein Nath & Rosenthal LLP
        7800 Sears Tower
        233 South Wacker Drive
        Chicago, Illinois, 60606
        jklenk@sonnenschein.com
        jmerkin@sonnenschein.com

    G & K Services
        Mark N. Senak, Esq. (6196583)
        Senak & Smith, Ltd.
        200 West Adams Street, Suite 1015
        Chicago, Illinois, 60606
        msenak@senaklaw.com

    Mount Vernon Mills, Inc.
        Jerome J. Duchowicz, Esq. (0683930)
        David A. Johnson, Esq. (6184135)
        SmithAmundsen LLC
        150 North Michigan Avenue, Suite 3300
        Chicago, Illinois, 60601
        jduchowicz@salawus.com
        djohnson@salawus.com

    CarHartt, Inc.
        Christopher V. Carani, Esq. (6269503)
        McAndrews, Held & Malloy, Ltd.
        500 West Adams Street
        Chicago, Illinois, 60661
        ccarani@mhmlaw.com

>John A. Artz, Esq.
>John S. Artz, Esq.
>Dickinson Wright, PLLC
>38525 Woodward Avenue, Suite 2000
>Bloomfield Hills, Michigan, 48304
>jaartz@dickinsonwright.com
>jsartz@dickinsonwright.com

and was served by first class mail upon the following:

>Westex, Inc., King America Finishing, Inc., and Western Pierce Dyers & Finishers, Inc.
>>Alan L. Unikel, Esq.
>>Christopher E. Paetsch, Esq.
>>Seyfarth Shaw LLP
>>55 East Monroe Street, Suite 4200
>>Chicago, Illinois, 60603
>>aunikel@seyfarth.com
>>cpaetsch@seyfarth.com

                                                 s/Jeffrey A Chelstrom
                                                 Attorney for Plaintiffs