CERTIFICATE OF SERVICE

  I, Jeffrey A. Chelstrom, an attorney, certify that I served the attached PLAINTIFFS' OPPOSITION TO DEFENDANT MOUNT VERNON MILLS, INC.'S MOTION TO STAY THE PROCEEDINGS AND MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CONSOLIDATION WITH CIVIL ACTION NO. 05 C 6110 via the Court's electronic filing system before 5:00 p.m. today, May 9, 2008, upon the following counsel of record:

    Bulwark, a Division of VF Corporation
    VF Imagewear, Inc.
      James A. Klenk, Esq. (1482599)
      Joel R. Merkin, Esq. (6290212)
      Sonnenschein Nath & Rosenthal LLP
      7800 Sears Tower
      233 South Wacker Drive
      Chicago, Illinois, 60606
      jklenk@sonnenschein.com
      jmerkin@sonnenschein.com

    G & K Services
      Mark N. Senak, Esq. (6196583)
      Senak & Smith, Ltd.
      200 West Adams Street, Suite 1015
      Chicago, Illinois, 60606
      msenak@senaklaw.com

    Mount Vernon Mills, Inc.
      Jerome J. Duchowicz, Esq. (0683930)
      David A. Johnson, Esq. (6184135)
      SmithAmundsen LLC
      150 North Michigan Avenue, Suite 3300
      Chicago, Illinois, 60601
      jduchowicz@salawus.com
      djohnson@salawus.com

    CarHartt, Inc.
      Christopher V. Carani, Esq. (6269503)
      McAndrews, Held & Malloy, Ltd.
      500 West Adams Street
      Chicago, Illinois, 60661
      ccarani@mhmlaw.com

>John A. Artz, Esq.
>John S. Artz, Esq.
>Dickinson Wright, PLLC
>38525 Woodward Avenue, Suite 2000
>Bloomfield Hills, Michigan, 48304
>jaartz@dickinsonwright.com
>jsartz@dickinsonwright.com

and was served by first class mail upon the following:

>Westex, Inc., King America Finishing, Inc., and Western Pierce Dyers & Finishers, Inc.
>>Alan L. Unikel, Esq.
>>Christopher E. Paetsch, Esq.
>>Seyfarth Shaw LLP
>>55 East Monroe Street, Suite 4200
>>Chicago, Illinois, 60603
>>aunikel@seyfarth.com
>>cpaetsch@seyfarth.com

                                                s/Jeffrey A Chelstrom
                                                Attorney for Plaintiffs