IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation,<br><br>      Plaintiffs,<br><br>vs.<br><br>WORKRITE UNIFORM COMPANY, INC., a California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation,<br><br>      Defendants. | Case No. 08 C 1224<br><br>Judge Wayne R. Andersen<br><br>Magistrate Judge Morton Denlow |

**AGREED MOTION TO EXTEND THE TIME TO ANSWER
OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant VF Imagewear, Inc., a Delaware Corporation, incorrectly named as Bulwark, a Division of VF Corporation ("VF Imagewear"), by and through its attorneys, James A. Klenk and Joel R. Merkin, and with the agreement of counsel for Plaintiffs, pursuant to Federal Rule of Civil Procedure 6(b) respectfully requests to extend the time to answer or otherwise plead to Plaintiffs' Complaint, up to and including June 13, 2008.  In support of this motion, VF Imagewear states:

      1.      Plaintiffs' Complaint for patent infringement was filed on February 29, 2008, in the United States District Court for the Northern District of Illinois, Eastern Division.

2. The Court granted VF Imagewear's Agreed Motion to Extend the Time to Answer or Otherwise Plead to the Complaint filed on April 14, 2008, extending the time for VF Imagewear to answer or otherwise plead to May 14, 2008.

3. The parties have agreed to an additional thirty (30) day extension in which VF Imagewear shall file its Answer or responsive pleading, up to and including June 13, 2008. Correspondence confirming this agreement is attached hereto as Exhibit A.

4. The extension of time to June 13, 2008, is reasonable to provide counsel for VF Imagewear sufficient time to adequately investigate the allegations and prepare appropriate responses to the Complaint, and in light of the pending motion to stay, which if granted will postpone or obviate the filing.

WHEREFORE, Defendant VF Imagewear respectfully requests that the Court enter an order allowing Defendant VF Imagewear up to and including June 13, 2008, in which to answer or otherwise plead to Plaintiffs' Complaint.

Dated: May 13, 2008         By:/s/ Joel R. Merkin

James A. Klenk (#1482599)
Joel R. Merkin (#6290212)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 876-8000

## **CERTIFICATE OF SERVICE**

I, Joel R. Merkin, an attorney, hereby certify that on May 13, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **John A. Artz**
jaartz@dickinsonwright.com
- **John S. Artz**
jsartz@dickinsonwright.com
- **Christopher V. Carani**
ccarani@mhmlaw.com
- **Jeffrey A Chelstrom**
jachel@fitcheven.com
- **Jerome Joseph Duchowicz**
jduchowicz@salawus.com
- **Mark Warren Hetzler**
mwhetz@fitcheven.com
- **David Andrew Johnson**
djohnson@salawus.com
- **Mark Nicholas Senak**
msenak@salvilaw.com

and I hereby certify that on May 13, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**Richard L. Mikesell**
Law Offices of R.L. Mikesell
14827 Ventura Boulevard
Suite 216
Sherman Oaks, CA 91403

/s/ Joel R. Merkin
Joel R. Merkin