# Exhibit A

Case 1:08-cv-01224　　Document 46-2　　Filed 05/13/2008　　Page 1 of 2



**Joel R. Merkin**
312.876.2851
jmerkin@sonnenschein.com

7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
312.876.8000
312.876.7934 fax
www.sonnenschein.com

May 8, 2008

<u>VIA E-MAIL AND FEDERAL EXPRESS</u>

Richard L. Mikesell, Esq.
14827 Ventura Blvd, Suite 216
Sherman Oaks, CA 91403

Re:　*Itex, Inc. et al. v. Workrite Uniform Co., Inc. et al.*, Case No. 08 C 1224 (N.D. Ill.)

Dear Mr. Mikesell:

This letter confirms our conversation from May 2, 2008, in which you agreed that VF Imagewear, Inc., incorrectly named as "Bulwark, a division of VF Corporation" may have an additional thirty (30) days to file an answer or otherwise plead in the above-captioned matter, up to and including June 13, 2008.

Sincerely,

*Joel R. Merkin*

Joel R. Merkin

An Attorney for VF Imagewear, Inc.