# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Itex, Inc., et al.

                            Plaintiff,

v.                                                        Case No.: 1:08−cv−01224
                                                        Honorable Wayne R. Andersen

Workrite Uniform Company Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Morton Denlow:Agreed Motion to extend the time to 6/13/08 to answer or otherwise plead to the compliant [46] is granted. Status hearing reset to 6/26/2008 at 10:00 AM. Motion hearing set for 5/19/08 is stricken. Status hearing set for 5/29/08 is stricken. Motions terminated: Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.