**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Itex, Inc., et al.

                                Plaintiff,

v.                                                   Case No.: 1:08−cv−01224
                                                          Honorable Wayne R. Andersen

Workrite Uniform Company Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendant Vernon Mills' motion to stay [27] is briefed as follows: By agreement of the parties, the reply is extended to 5/23/2008. Plaintiff's motion to consolidate cases [41] is entered and continued to 5/28/2008 @ 1:30 p.m.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.