IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WORKRITE UNIFORM COMPANY, INC., California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation, <br><br> Defendants. | No.:  **08 C 1224** <br> Judge:  **Wayne R. Andersen** <br> Magistrate Judge:  **Morton Denlow** |

**AGREED MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b), Defendants Carhartt, Inc. ("Carhartt") and Mount Vernon Mills, Inc. ("Mount Vernon"), by and through its attorneys, and with the agreement of counsel from Plaintiffs, respectfully request to extend the time to answer or otherwise plead to Plaintiffs' Complaint, up to and including June 13, 2008. In support of this motion, Defendants Carhartt and Mount Vernon state:

1. Plaintiffs' Complaint for patent infringement was filed on February 29, 2008, in the United States District Court for the Northern District of Illinois, Eastern Division.

2. The parties have agreed to extend the time for Carhartt and Mount Vernon to file an Answer or otherwise plead until June 13, 2008. Correspondence confirming this agreement is attached hereto as Exhibit A.

3. The extension of time to June 13, 2008 is reasonable to provide counsel for Carhartt and Mount Vernon sufficient time to adequately investigate the allegations and prepare appropriate responses to the complaint, and in light of the pending motion to stay, which if granted will postpone or obviate the filing.

WHEREFORE, Defendants Carhartt and Mount Vernon respectfully requests that the Court enter and order allowing them until June 13, 2008 in which to respond or otherwise plead to the Complaint.

                                                                 McAndrews, Held & Malloy, Ltd.

                                                  By:   s/ Christopher V. Carani
                                                           Attorney for Carhartt, Inc.

Christopher V. Carani (#6269503)
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., Suite 3400
Chicago, Illinois 60661

## AFFIDAVIT OF SERVICE

I, Christopher V. Carani, an attorney, certify that on May 22, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **John A. Artz**
  jaartz@dicksonwright.com
- **John S. Artz**
  jsaartz@dickinsonwright.com
- **Joel Merkin**
  jmerkin@sonnenschein.com,ndil_ecf@sonnenschein.com
- **Jeffrey A. Chelstrom**
  jachel@fitcheven.com
- **Jerome J. Duchowicz**
  jduchowicz@salawus.com
- **Mark W. Hetzler**
  mwhetz@fitcheven.com
- **David A. Johnson**
  djohnson@salawus.com
- **Mark N. Senak**
  msenak@savilaw.com

and I hereby certify that on May 22, 2008, I mailed by U.S. Postal Service, the document(s) to the following non-registered participants:

**Richard L. Mikesell**
Law Offices of R.L. Mikesell
14827 Ventura Boulevard
Suite 216
Sherman Oaks, CA 91403

　　　　　　　　　　　　　　　　　　　　　　　　　___/s/_____Christopher V. Carani_____

# EXHIBIT A