# EXHIBIT A

## Chris Carani

| | |
|---|---|
| **From:** | Chris Carani |
| **Sent:** | Wednesday, May 21, 2008 6:33 PM |
| **To:** | 'Jachel@fitcheven.com' |
| **Cc:** | 'djohnson@salawus.com'; 'JAArtz@dickinson-wright.com' |
| **Subject:** | Itex, inc. et al v. Workrite Uniform Co., Inc. et al., 08 C 1224 (N.D.Ill.) |

Jeffrey,

The e-mail confirms our conversation today whereby you agreed that Defendants Carhartt, Inc. and Mount Vernon Mills, Inc. may have up to, and including, June 13, 2008 to answer or otherwise plead to the Complaint in the above-referenced matter.

Tomorrow we will prepare an Agreed Motion to Extend the Time to Answer Or Otherwise Plead to the Complaint, and circulate it for you review.

Regards, Chris

*mcandrews*
McANDREWS HELD & MALLOY LTD

**Christopher V. Carani**
McANDREWS HELD & MALLOY LTD.
500 WEST MADISON STREET, 34th FLOOR
CHICAGO ILLINOIS 60661
(T) 312 775 8000
(F) 312 775 8100
ccarani@mcandrews-ip.com
www.mcandrews-ip.com