**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ITEX, INC. and MF & H TEXTILES, INC.<br><br>            v.<br><br>WORKRITE UNIFORM CO., INC., et al. | Case Number:<br>08 C 1224 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WESTEX, INC.

| |
|---|
| NAME (Type or print)<br>Christopher E. Paetsch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>           s/ Christopher E. Paetsch |
| FIRM<br>SEYFARTH SHAW LLP |
| STREET ADDRESS<br>131 S. Dearborn Street, Suite 2400 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6229999 | TELEPHONE NUMBER<br>312/460-5000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.com