Order Form (01/2005)

Case 1:05-cv-06110   Document 17   Filed 02/23/2006   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6110 | **DATE** | 2/23/2006 |
| **CASE TITLE** | Itex, Inc., et al. vs. Westex, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's oral motion to stay litigation pending reexamination by the patent office is granted. Status hearing continued to 6/22/06 at 10:00 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | DK |
|---|---|---|