AO279, CASREF, DENLOW, PROTO

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:05-cv-06110

Itex, Inc. et al v. Westex, Inc.
Assigned to: Honorable Wayne R. Andersen
Referred to: Honorable Morton Denlow
Member case: (View Member Case)
Cause: 35:271 Patent Infringement

Date Filed: 10/24/2005
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Itex, Inc.**
*a Colorado Corporation*

represented by **Mark Warren Hetzler**
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
Email: mwhetz@fitcheven.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A Chelstrom**
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
Fax: (312) 577-7007
Email: jachel@fitcheven.com
*ATTORNEY TO BE NOTICED*

**Richard L. Mikesell**
Law Offices of R.L. Mikesell
14827 Ventura Boulevard
Suite 216
Sherman Oaks, CA 91403
(818)376-0376
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MF & H Textiles, Inc.**
*a Georgia Corporation*

represented by **Mark Warren Hetzler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Jeffrey A Chelstrom**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

                **Richard L. Mikesell**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Westex, Inc.**<br>*an Illinois Corporation* | represented by | **Christopher Eric Paetsch**<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603-5577<br>(312) 460-5000<br>Fax: (312) 460-7000<br>Email: cpaetsch@seyfarth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alan L. Unikel**<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603-5577<br>(312) 460-5000<br>Fax: (312) 460-7000<br>Email: aunikel@seyfarth.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **King America Finishing, Inc.**<br>*an Illinois Corporation,* | represented by | **Alan L. Unikel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Eric Paetsch**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Western Pierce Dyers & Finishers, Inc.**<br>*a Delaware Corporation,* | represented by | **Alan L. Unikel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Eric Paetsch**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

Westex, Inc.  represented by **Christopher Eric Paetsch**
*an Illinois Corporation*  (See above for address)
 *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

Itex, Inc.  represented by **Jeffrey A Chelstrom**
*a Colorado Corporation*  (See above for address)
 *ATTORNEY TO BE NOTICED*

**Counter Defendant**

MF & H Textiles, Inc.  represented by **Jeffrey A Chelstrom**
*a Georgia Corporation*  (See above for address)
 *ATTORNEY TO BE NOTICED*

**Counter Claimant**

Westex, Inc.  represented by **Christopher Eric Paetsch**
*an Illinois Corporation*  (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Alan L. Unikel**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

 **Christopher Eric Paetsch**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

Itex, Inc.  represented by **Mark Warren Hetzler**
*a Colorado Corporation*  (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Jeffrey A Chelstrom**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

 **Richard L. Mikesell**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MF & H Textiles, Inc.**  
*a Georgia Corporation*

represented by **Mark Warren Hetzler**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jeffrey A Chelstrom**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Richard L. Mikesell**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**King America Finishing, Inc.**  
*an Illinois Corporation,*

represented by **Alan L. Unikel**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Christopher Eric Paetsch**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Itex, Inc.**  
*a Colorado Corporation*

represented by **Mark Warren Hetzler**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jeffrey A Chelstrom**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Richard L. Mikesell**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MF & H Textiles, Inc.**  
*a Georgia Corporation*

represented by **Mark Warren Hetzler**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jeffrey A Chelstrom**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

                                          **Richard L. Mikesell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Western Pierce Dyers & Finishers, Inc.**
*a Delaware Corporation,*

represented by **Alan L. Unikel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Eric Paetsch**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Itex, Inc.**
*a Colorado Corporation*

represented by **Mark Warren Hetzler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A Chelstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L. Mikesell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MF & H Textiles, Inc.**
*a Georgia Corporation*

represented by **Mark Warren Hetzler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A Chelstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L. Mikesell**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2005 | 1 | COMPLAINT filed by Itex, Inc., MF & H Textiles, Inc. (Exhibit); Jury Demand.(mb, ) (Entered: 10/26/2005) |
| 10/21/2005 | 2 | CIVIL Cover Sheet (mb, ) (Entered: 10/26/2005) |

| 10/21/2005 | 3 | ATTORNEY Appearance for Plaintiffs Itex, Inc., MF & H Textiles, Inc. by Mark Warren Hetzler (mb, ) (Entered: 10/26/2005) |
| --- | --- | --- |
| 10/21/2005 | 4 | ATTORNEY Appearance for Plaintiffs Itex, Inc., MF & H Textiles, Inc. by Jeffrey A. Chelstrom (mb, ) (Entered: 10/26/2005) |
| 10/21/2005 | 6 | SUMMONS Issued as to Defendant Westex, Inc. (mb, ) (Entered: 10/26/2005) |
| 10/21/2005 | 7 | LOCAL Rule 3.4 Notice of Claims Involving Patents by Itex, Inc., MF & H Textiles, Inc. (mb, ) (Entered: 10/26/2005) |
| 10/21/2005 |   | MAILED patent report to Patent Trademark Office, Alexandria, VA (mb, ) (Entered: 10/26/2005) |
| 10/25/2005 | 8 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Itex, Inc., MF & H Textiles, Inc. by Richard L. Mikesell; Order entered granting leave by Wayne R. Andersen. Filing fee $ 50 paid, receipt number 10423828. (air, ) (Entered: 10/28/2005) |
| 10/26/2005 |   | MAILED to plaintiff(s) counsel Lanham Mediation Program materials (mb, ) (Entered: 10/26/2005) |
| 12/12/2005 | 9 | SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to Westex, Inc. on 12/5/2005, answer due 12/27/2005. (jmm, ) (Entered: 12/15/2005) |
| 01/04/2006 | 10 | ATTORNEY Appearance for Defendant Westex, Inc. by Christopher Eric Paetsch (Paetsch, Christopher) (Entered: 01/04/2006) |
| 01/04/2006 | 11 | ATTORNEY Appearance for Defendant Westex, Inc. by Alan L. Unikel (Unikel, Alan) (Entered: 01/04/2006) |
| 01/10/2006 | 12 | ANSWER to Complaint *AFFIRMATIVE DEFENSES, AND COUNTERCLAIM* filed by Westex, Inc. against Itex, Inc., MF & H Textiles, Inc.. by Westex, Inc.(Paetsch, Christopher) (Entered: 01/10/2006) |
| 01/12/2006 | 14 | EXECUTIVE COMMITTEE ORDER:Case referred to Magistrate Judge Morton Denlow for all discovery motions. Discovery supervision. Signed by Executive Committee on 1/12/2006. (rmm, ) (Entered: 01/17/2006) |
| 01/13/2006 | 13 | MINUTE entry before Judge Morton Denlow : Status hearing set for 2/23/2006 at 10:00 AM. in Courtroom 1350. Parties shall deliver a copy of an initial status report to chambers, Room 1356, two business days before the initial status hearing. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient. The parties are directed to review and to comply with Judge Denlow's standing order setting initial status report. Copies are available in chambers or through Judge Denlow's web page at www.ilnd.uscourts.gov. Mailed notice (dmk, ) (Entered: 01/13/2006) |
| 01/24/2006 | 15 | REPLY by Plaintiffs Itex, Inc., MF & H Textiles, Inc., Counter Defendants Itex, Inc., MF & H Textiles, Inc. *to Defendants'* |

|  |  | *Counterclaims* (Hetzler, Mark) (Entered: 01/24/2006) |
|---|---|---|
| 02/17/2006 | 16 | STATUS Report *Joint Initial Status Report* by Westex, Inc., Westex, Inc. (Paetsch, Christopher) (Entered: 02/17/2006) |
| 02/23/2006 | 17 | MINUTE entry before Judge Morton Denlow: Status hearing held. Plaintiff's oral motion to stay litigation pending reexamination by the patent office is granted. Status hearing continued to 6/22/06 at 10:00 a.m. Mailed notice (jmm, ) (Entered: 02/24/2006) |
| 06/22/2006 | 18 | MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held on 6/22/2006. Status hearing set for 9/26/2006 at 10:15 AM. Mailed notice (dmk, ) (Entered: 06/22/2006) |
| 09/26/2006 | 19 | MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held on 9/26/2006. Status hearing set for 12/12/2006 at 10:15 AM. Mailed notice (dmk, ) (Entered: 09/26/2006) |
| 10/03/2006 | 20 | NOTICE by Christopher Eric Paetsch of Change of Address (Paetsch, Christopher) (Entered: 10/03/2006) |
| 12/12/2006 | 21 | MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held on 12/12/2006. Status hearing set for 2/15/2007 at 10:15 AM. Mailed notice (dmk, ) (Entered: 12/12/2006) |
| 01/05/2007 | 22 | MINUTE entry before Judge Morton Denlow :On the Court's request, status hearing is reset set to 1/23/2007 at 10:15 AM. Status hearing set for 2/15/07 is stricken.Mailed notice (dmk, ) (Entered: 01/05/2007) |
| 01/23/2007 | 23 | MINUTE entry before Judge Morton Denlow :Magistrate Judge Status hearing held on 1/23/2007. Parties to exchange Rule 26(a)(1) disclosures on or by 2/20/07.Rule 26(f) Report due by 3/6/2007. Status hearing set for 3/27/2007 at 10:15 AM.Mailed notice (dmk, ) (Entered: 01/23/2007) |
| 03/06/2007 | 24 | REPORT of Rule 26(f) Planning Meeting by Itex, Inc., MF & H Textiles, Inc., Westex, Inc. (Paetsch, Christopher) (Entered: 03/06/2007) |
| 03/12/2007 | 25 | MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. to compel *Depositions and Inspection*, MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. for attorney fees (Attachments: # 1 Certificate of Service) (Chelstrom, Jeffrey) (Entered: 03/12/2007) |
| 03/12/2007 | 26 | NOTICE of Motion by Jeffrey A Chelstrom for presentment of motion to compel, motion for attorney fees 25 before Honorable Morton Denlow on 3/14/2007 at 09:15 AM. (Attachments: # 1 Certificate of Service) (Chelstrom, Jeffrey) (Entered: 03/12/2007) |
| 03/12/2007 | 27 | MEMORANDUM by Itex, Inc., MF & H Textiles, Inc. in support of motion to compel, motion for attorney fees 25 (Attachments: # 1 Exhibit List of Exhibits# 2 Exhibit Exhibits A-F# 3 Certificate of Service) (Chelstrom, Jeffrey) (Entered: 03/12/2007) |
| 03/14/2007 | 28 | MINUTE entry before Judge Morton Denlow :Motion hearing held on 3/14/2007 regarding motion to compel and motion for attorney fees 25 . |

| | | |
|---|---|---|
| | | For reasons stated in open Court, Motion to compel 25 is denied; Motion for attorney fees 25 is denied; Motions terminated: MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. to compel Depositions and Inspection MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. for attorney fees 25 Status hearing reset for 5/17/2007 at 10:15 AM. Status hearing set for 3/27/07 is stricken.Mailed notice (dmk, ) (Entered: 03/14/2007) |
| 05/17/2007 | 29 | MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held and continued to 08/16/2007 at 10:15 AM. Enter Agreed Protective Order. (For further detail see separate order). Mailed notice (ar, ) (Entered: 05/18/2007) |
| 05/17/2007 | 30 | AGREED Protecive Order, signed by Judge Morton Denlow on 5/17/2007 29 . Mailed notice (ar, ) (Entered: 05/18/2007) |
| 07/05/2007 | 31 | MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. to compel *Discovery and Inspection; and Monetary Sanctions* (Attachments: # 1 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 07/05/2007) |
| 07/05/2007 | 32 | NOTICE of Motion by Jeffrey A Chelstrom for presentment of motion to compel 31 before Honorable Morton Denlow on 7/11/2007 at 09:15 AM. (Attachments: # 1 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 07/05/2007) |
| 07/05/2007 | 33 | MEMORANDUM by Itex, Inc., MF & H Textiles, Inc. in support of motion to compel 31 *Discovery and Inspection; and Monetary Sanctions* (Attachments: # 1 List of Exhibits# 2 Exhibit 1-7# 3 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 07/05/2007) |
| 07/11/2007 | 34 | MINUTE entry before Judge Morton Denlow : Motion hearing held on 7/11/2007 regarding motion to compel 31 . Motion for an order compelling depositions and inspection 31 is granted. Plaintiff's motion for sanctions is denied. Defendants' witnesses are to appear for depositions at a mutually convenient date on or by 8/24/07. Plaintiff may inspect the Defendants' plant with attorney's eyes only and an expert, who is not an employee, owner or in business with the plaintiff. Motions terminated: MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. to compel Discovery and Inspection; and Monetary Sanctions 31 . Mailed notice (dmk, ) (Entered: 07/11/2007) |
| 08/10/2007 | 35 | MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. to compel *further answers to requests for admissions*, MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. for attorney fees *and costs* (Attachments: # 1 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 08/10/2007) |
| 08/10/2007 | 36 | NOTICE of Motion by Jeffrey A Chelstrom for presentment of motion to compel, motion for attorney fees,, 35 before Honorable Morton Denlow on 8/15/2007 at 09:15 AM. (Attachments: # 1 Certificate of Service) (Chelstrom, Jeffrey) (Entered: 08/10/2007) |
| 08/10/2007 | 37 | MEMORANDUM by Itex, Inc., MF & H Textiles, Inc. in support of motion to compel, motion for attorney fees,, 35 (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | Index# 2 Exhibit # 3 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 08/10/2007) |
| 08/13/2007 | 38 | MOTION by Defendant Westex, Inc. to bifurcate *discovery* (Attachments: # 1 Exhibit A)(Paetsch, Christopher) (Entered: 08/13/2007) |
| 08/13/2007 | 39 | NOTICE of Motion by Christopher Eric Paetsch for presentment of motion to bifurcate 38 before Honorable Morton Denlow on 8/15/2007 at 09:30 AM. (Paetsch, Christopher) (Entered: 08/13/2007) |
| 08/15/2007 | 40 | MINUTE entry before Judge Morton Denlow : Motion hearing held on 8/15/2007 regarding motion to bifurcate 38 and motion to compel 35 . Motion to compel 35 is granted with respect to the liability issues and is stayed with respect to the damage issues. Motion to bifurcate 38 is granted. The damages phase of discovery is stayed pending a decision on the second patent reexamination Status hearing reset for 9/25/2007 at 10:15 AM. Status hearing set for 8/26/07 is stricken.Mailed notice (dmk, ) (Entered: 08/15/2007) |
| 09/21/2007 | 41 | MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. for leave to file *First Amended Complaint* (Attachments: # 1 Exhibit A ([Proposed] First Amended Complaint And Demand For Jury Trial)# 2 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 09/21/2007) |
| 09/21/2007 | 42 | NOTICE of Motion by Jeffrey A Chelstrom for presentment of motion for leave to file 41 before Honorable Wayne R. Andersen on 9/27/2007 at 09:00 AM. (Attachments: # 1 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 09/21/2007) |
| 09/21/2007 | 43 | MEMORANDUM by Itex, Inc., MF & H Textiles, Inc. in support of motion for leave to file 41 *First Amended Complaint* (Attachments: # 1 Exhibit A (Declaration of Richard Mikesell)# 2 Text of Proposed Order Exhibit B# 3 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 09/21/2007) |
| 09/25/2007 | 44 | MINUTE entry before Judge Morton Denlow :Magistrate Judge Status hearing held on 9/25/2007.Status hearing set for 11/6/2007 at 10:15 AM.Mailed notice (dmk, ) (Entered: 09/25/2007) |
| 09/27/2007 | 45 | MINUTE entry before Judge Wayne R. Andersen :Plaintiff's motion for leave to file 41 first amended complaint is granted.Mailed notice (tsa, ) (Entered: 09/28/2007) |
| 10/02/2007 | 46 | MINUTE entry before Judge Morton Denlow :Status hearing reset to 10/9/2007 at 10:15 AM. on request of the parties. Status hearing set for 11/6/07 is stricken.Mailed notice (dmk, ) (Entered: 10/02/2007) |
| 10/04/2007 | 47 | AMENDED Complaint by Plaintiffs Itex, Inc., MF & H Textiles, Inc. against Defendants King America Finishing, Inc., Western Piece Dyers & Finishers, Inc., Westex, Inc.; Jury Demand.(ar, ) (Entered: 10/05/2007) |
| 10/04/2007 | 48 | SUMMONSES Issued, two originals and two copies, as to Defendants King America Finishing, Inc., Western Pierce Dyers & Finishers, Inc. |

| | | |
|---|---|---|
| | | (ar, ) (Entered: 10/05/2007) |
| 10/09/2007 | 49 | MINUTE entry before Judge Morton Denlow :Magistrate Judge Status hearing held on 10/9/2007. Discovery is no longer bifurcated.Status hearing set for 11/6/2007 at 10:15 AM.Mailed notice (dmk, ) (Entered: 10/09/2007) |
| 10/15/2007 | 50 | SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to King America Finishing, Inc. on 10/11/2007, answer due 10/31/2007. (mb, ) (Entered: 10/17/2007) |
| 10/15/2007 | 51 | SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to Western Pierce Dyers & Finishers, Inc. on 10/11/2007, answer due 10/31/2007. (mb, ) (Entered: 10/17/2007) |
| 10/31/2007 | 52 | ATTORNEY Appearance for Defendants King America Finishing, Inc., Western Pierce Dyers & Finishers, Inc. by Alan L. Unikel (Unikel, Alan) (Entered: 10/31/2007) |
| 10/31/2007 | 53 | ATTORNEY Appearance for Defendants King America Finishing, Inc., Western Pierce Dyers & Finishers, Inc. by Christopher Eric Paetsch (Paetsch, Christopher) (Entered: 10/31/2007) |
| 10/31/2007 | 54 | *WESTEX, INC.'S* ANSWER to amended complaint *AFFIRMATIVE DEFENSES, AND* COUNTERCLAIM filed by Westex, Inc. against Itex, Inc., MF & H Textiles, Inc.. by Westex, Inc.(Paetsch, Christopher) (Entered: 10/31/2007) |
| 10/31/2007 | 55 | *KING AMERICA FINISHING, INC.'S* ANSWER to amended complaint *AFFIRMATIVE DEFENSES, AND* COUNTERCLAIM filed by King America Finishing, Inc. against Itex, Inc., MF & H Textiles, Inc.(a Georgia Corporation). by King America Finishing, Inc.(Paetsch, Christopher) (Entered: 10/31/2007) |
| 10/31/2007 | 56 | *WESTERN PIECE DYERS & FINISHERS, INC.'S* ANSWER to amended complaint *AFFIRMATIVE DEFENSES, AND* COUNTERCLAIM filed by Western Pierce Dyers & Finishers, Inc. against Itex, Inc., MF & H Textiles, Inc.(a Georgia Corporation). by Western Pierce Dyers & Finishers, Inc.(Paetsch, Christopher) (Entered: 10/31/2007) |
| 11/02/2007 | 57 | MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. for leave to file *Second Amended Complaint* (Attachments: # 1 Exhibit A [Proposed] Second Amended Complaint And Demand For Jury Trial# 2 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 11/02/2007) |
| 11/02/2007 | 58 | NOTICE of Motion by Jeffrey A Chelstrom for presentment of motion for leave to file 57 before Honorable Wayne R. Andersen on 11/8/2007 at 09:00 AM. (Attachments: # 1 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 11/02/2007) |
| 11/02/2007 | 59 | MEMORANDUM by Itex, Inc., MF & H Textiles, Inc. in support of motion for leave to file 57 *Second Amended Complaint* (Attachments: # 1 Exhibit A, Declaration of Richard Mikesell# 2 Text of Proposed Order # 3 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 11/02/2007) |

| | | |
|---|---|---|
| 11/06/2007 | 60 | MINUTE entry before Judge Morton Denlow :Magistrate Judge Status hearing held on 11/6/2007.Status hearing set for 2/7/2008 at 10:15 AM.Mailed notice (dmk, ) (Entered: 11/06/2007) |
| 11/08/2007 | 61 | MINUTE entry before Judge Wayne R. Andersen :Plaintiff's motion for leave to file 57 second amended complaint is entered and briefed as follows: Response by 11/30/2007. Reply by 12/7/2007. Ruling will be made by mail.Status hearing set for 12/20/2007 at 09:00 AM.Advised in open court notice (tsa, ) (Entered: 11/08/2007) |
| 11/16/2007 | 62 | ANSWER to counterclaim of counterplaintiff Westex, Inc. 54 , by counterdefendants, Itex, Inc., and MF & H Textiles, Inc., Jury demand. (Attachments: #(1) Certificate of Service).(Chelstrom, Jeffrey). (Text edited by Clerk's Office). Modified on 11/23/2007 (ar, ). (Entered: 11/16/2007) |
| 11/16/2007 | 63 | ANSWER to counterclaim of counterplaintiff, King America Finishing, Inc. 55 , by counterdefendants Itex, Inc., MF & H Textiles, Inc. Jury Demand. (Attachments: # 1) Certificate of Service). (Chelstrom, Jeffrey). (Text edited by Clerk's Office). Modified on 11/23/2007 (ar, ). (Entered: 11/16/2007) |
| 11/16/2007 | 64 | ANSWER to counterclaim of Western Piece Dyers & Finishers, Inc. 56 , by counterdefendants, Itex, Inc., MF & H Textiles, Inc. Jury Demand. (Attachments: # 1 Certificate of Service). (Chelstrom, Jeffrey). (Text edited by Clerk's Office). Modified on 11/23/2007 (ar, ). (Entered: 11/16/2007) |
| 11/30/2007 | 65 | RESPONSE by King America Finishing, Inc., Western Pierce Dyers & Finishers, Inc., Westex, Inc.in Opposition to MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. for leave to file *Second Amended Complaint* 57 (Attachments: # 1 Exhibit A)(Paetsch, Christopher) (Entered: 11/30/2007) |
| 12/07/2007 | 66 | REPLY by Plaintiffs Itex, Inc., MF & H Textiles, Inc. to motion for leave to file 57 , response in opposition to motion, 65 *SECOND AMENDED COMPLAINT* (Attachments: # 1 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 12/07/2007) |
| 12/19/2007 | 67 | MINUTE entry before Judge Wayne R. Andersen :This matter is before the court on plaintiffs' motion for leave to file a second amended complaint 57 . That motion is denied without prejudice. Plaintiffs' motion may be renewed at subsequent date upon good cause shown.Mailed notice (tsa, ) (Entered: 12/19/2007) |
| 12/20/2007 | 68 | MINUTE entry before Judge Wayne R. Andersen : Oral motion to vacate the courts decision is entered and continued to 1/31/2008 at 9:00 AM. Mailed notice (ar, ) (Entered: 12/28/2007) |
| 01/31/2008 | 69 | MINUTE entry before Judge Wayne R. Andersen :Telephone conference held held on 1/31/2008. For the reasons stated on the record, plaintiff's motion to file 2nd amended complaint 57 is denied. Mailed notice (tsa, ) (Entered: 01/31/2008) |

| 02/07/2008 | 70 | MINUTE entry before Judge Morton Denlow :Magistrate Judge Status hearing held on 2/7/2008. Defendants to begin physical production of documents by 2/15/08.Status hearing set for 2/19/2008 at 10:15 AM.Mailed notice (dmk, ) (Entered: 02/07/2008) |
|---|---|---|
| 02/19/2008 | 71 | MINUTE entry before Judge Morton Denlow :Magistrate Judge Status hearing held on 2/19/2008.Status hearing set for 3/20/2008 at 10:15 AM.Mailed notice (dmk, ) (Entered: 02/19/2008) |
| 03/20/2008 | 72 | MINUTE entry before Judge Honorable Morton Denlow:Magistrate Judge Status hearing held on 3/20/2008. Status hearing set for 4/17/2008 at 10:00 AM.Mailed notice (dmk, ) (Entered: 03/20/2008) |
| 03/28/2008 | 73 | MOTION by Defendant Westex, Inc. to reassign case *Westex's Motion for Finding of Relatedness and Reassignment* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Paetsch, Christopher) (Entered: 03/28/2008) |
| 03/28/2008 | 74 | *Notice of Motion for presentment of Westex's Motion for Finding of Relatedness and Reassignment* NOTICE of Motion by Christopher Eric Paetsch for presentment of motion to reassign case 73 before Honorable Wayne R. Andersen on 4/3/2008 at 09:00 AM. (Paetsch, Christopher) (Entered: 03/28/2008) |
| 04/01/2008 | 75 | TRANSCRIPTS of proceedings for the following dates: 12/20/07 and 01/31/08 before the Honorable Honorable Wayne R. Andersen (2 vols. #75-1 and #75-2). (ar, ) (Entered: 04/03/2008) |
| 04/03/2008 | 76 | MINUTE entry before Judge Honorable Wayne R. Andersen: Defendant's motion for finding of relatedness 73 is granted. Case number 8 C 1224, Itex, Inc. et al v. Workrite Uniform Company, et al, (Judge Bucklo) shall be reassigned to the calendar of J. Andersen. Maled notice (ar, ) (Entered: 04/04/2008) |
| 04/16/2008 | 77 | MINUTE entry before Judge Honorable Wayne R. Andersen:By agreement of the parties, defendant to answer or otherwise plead to plaintiff's complaint has been extended to 5/2/2008.Mailed notice (tsa, ) (Entered: 04/16/2008) |
| 04/17/2008 | 78 | MINUTE entry before Judge Honorable Morton Denlow:Magistrate Judge Status hearing held on 4/17/2008. Status hearing set for 5/29/2008 at 10:15 AM.Mailed notice (dmk, ) (Entered: 04/17/2008) |
| 05/15/2008 | 79 | MINUTE entry before Judge Honorable Morton Denlow: Status hearing set for 6/26/2008 at 10:00 AM. Status hearing set for 5/29/08 is stricken.Mailed notice (dmk, ) (Entered: 05/15/2008) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 05/23/2008 09:49:38 |

| PACER Login: | os0068 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:05-cv-06110 |
| Billable Pages: | 8 | Cost: | 0.64 |