AO279, CASREF, DENLOW

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01224

| | |
|---|---|
| Itex, Inc. et al v. Workrite Uniform Company Inc. et al | Date Filed: 02/29/2008 |
| Assigned to: Honorable Wayne R. Andersen | Jury Demand: Plaintiff |
| Referred to: Honorable Morton Denlow | Nature of Suit: 830 Patent |
| Lead case: 1:05-cv-06110 | Jurisdiction: Federal Question |
| Member case: (View Member Case) | |
| Cause: 35:145 Patent Infringement | |

**Plaintiff**

**Itex, Inc.**
*a Colorado Corporation*

represented by **Jeffrey A Chelstrom**
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
Fax: (312) 577-7007
Email: jachel@fitcheven.com
*ATTORNEY TO BE NOTICED*

**Mark Warren Hetzler**
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
(312) 577-7000
Email: mwhetz@fitcheven.com
*ATTORNEY TO BE NOTICED*

**Richard L. Mikesell**
Law Offices of R.L. Mikesell
14827 Ventura Boulevard
Suite 216
Sherman Oaks, CA 91403
(818)376-0376
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MF & H Textiles, Inc.**
*a Georgia Corporation*

represented by **Jeffrey A Chelstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Warren Hetzler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L. Mikesell**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Workrite Uniform Company Inc.**
*California Corporation*

**Defendant**

**Bulwark**                                 represented by  **James Andrew Klenk**
*a Division of VF Corporation, a*                           Sonnenschein, Nath & Rosenthal, LLP
*Delaware Corporation*                                      233 South Wacker Drive
                                                            Sears Tower
                                                            Chicago, IL 60606
                                                            (312)876-8000
                                                            Email: jklenk@sonnenschein.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joel R. Merkin**
                                                            Sonnenschein, Nath & Rosenthal, LLP
                                                            233 South Wacker Drive
                                                            Sears Tower
                                                            Chicago, IL 60606
                                                            (312) 876-8000
                                                            Email: jmerkin@sonnenschein.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Cintas**
*an Ohio Corporation*

**Defendant**

**Unifirst**
*a Massachusetts Corporation*

**Defendant**

**G & K Services**                          represented by  **Mark Nicholas Senak**
*a Minnesota Corporation*                                   Senak & Smith, Ltd.
                                                            200 West Adams Street
                                                            Suite 1015
                                                            Chicago, IL 60606
                                                            312-714-7149

Email: msenak@salvilaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aramark**
*a Delaware Corporation*

**Defendant**

**Greenwood Mills, Inc.**
*a South Carolina Corporation*

**Defendant**

| | | |
|---|---|---|
| **Mount Vernon Mills Inc.**<br>*a South Carolina Corporation* | represented by | **David Andrew Johnson**<br>SmithAmundsen LLC<br>150 N. Michigan Avenue<br>Suite 3300<br>Chicago, IL 60601<br>(312) 894-3336<br>Fax: (3`12) 894-3210<br>Email: djohnson@salawus.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Jerome Joseph Duchowicz**<br>O'Hagan, Smith & Amundsen, L.L.C.<br>150 North Michigan Avenue<br>Suite 3300<br>Chicago, IL 60601<br>(312) 894-3200<br>Email: jduchowicz@salawus.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CarHartt, Inc.**<br>*a Michigan Corporation* | represented by | **Christopher V. Carani**<br>McAndrews, Held & Malloy, P.C.<br>500 West Madison Street<br>Suite 3400<br>Chicago, IL 60661<br>(312) 775-8000<br>Email: ccarani@mhmlaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **John A. Artz**<br>Dickinson Wright, PLLC<br>38525 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 433-7502<br>Email: jaartz@dickinsonwright.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**John S. Artz**
Dickinson Wright, PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304
248 433 7502
Email: jsartz@dickinsonwright.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Westex Inc**                          represented by  **Christopher Eric Paetsch**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: cpaetsch@seyfarth.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2008 | 1 | COMPLAINT filed by Itex, Inc., MF & H Textiles, Inc.; Jury Demand. Filing fee $ 350. (Attachments: # 1 Exhibit A)(rp, ) (Entered: 03/03/2008) |
| 02/29/2008 | 2 | CIVIL Cover Sheet. (rp, ) (Entered: 03/03/2008) |
| 02/29/2008 | 3 | ATTORNEY Appearance for Plaintiffs Itex, Inc., MF & H Textiles, Inc. by Mark Warren Hetzler. (rp, ) (Entered: 03/03/2008) |
| 02/29/2008 | 4 | ATTORNEY Appearance for Plaintiffs Itex, Inc., MF & H Textiles, Inc. by Jeffrey A Chelstrom.(rp, ) (Entered: 03/03/2008) |
| 02/29/2008 | 5 | LOCAL Rule 3.4 Notice by Itex, Inc., MF & H Textiles, Inc. of Claims involving Patents. (rp, ) (Entered: 03/03/2008) |
| 03/03/2008 |  | MAILED patent report to Patent Trademark Office, Alexandria, VA. (rp, ) (Entered: 03/03/2008) |
| 03/03/2008 | 7 | SUMMONS Issued as to Defendants Cintas, Unifirst, G & K Services, Aramark, Greenwood Mills, Inc., Mount Vernon Mills Inc., CarHartt, Inc., Workrite Uniform Company Inc., Bulwark. (lcw, ) (Entered: 03/03/2008) |
| 03/05/2008 | 8 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Itex, Inc., MF & H Textiles, Inc. by Richard L. Mikesell; Order entered granting leave by Judge Elaine E. Bucklo. Filing fee $ 50.00 paid, receipt number 10727221. (lcw, ) (Entered: 03/07/2008) |

| 03/10/2008 | 9 | MINUTE entry before Judge Elaine E. Bucklo :Status hearing set for 4/18/2008 at 09:30 AM.Mailed notice (mpj, ) (Entered: 03/10/2008) |
|---|---|---|
| 03/28/2008 | 10 | MOTION to intervene *Westex's Motion to Intervene* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Paetsch, Christopher) (Entered: 03/28/2008) |
| 03/28/2008 | 11 | NOTICE of Motion by Christopher Eric Paetsch for presentment of motion to intervene 10 before Honorable Elaine E. Bucklo on 4/2/2008 at 09:30 AM. (Paetsch, Christopher) (Entered: 03/28/2008) |
| 03/28/2008 | 12 | MOTION by Defendant Mount Vernon Mills Inc. for extension of time to file answer *or Otherwise Respond to Complaint* (Attachments: # 1 Exhibit A)(Johnson, David) (Entered: 03/28/2008) |
| 03/28/2008 | 13 | NOTICE of Motion by David Andrew Johnson for presentment of motion for extension of time to file answer 12 before Honorable Elaine E. Bucklo on 4/3/2008 at 09:30 AM. (Johnson, David) (Entered: 03/28/2008) |
| 04/02/2008 | 14 | MINUTE entry before Judge Honorable Elaine E. Bucklo: Westexs motion to intervene (10) heard on 4/2/08 and the motion is granted. Moving defendants motion (12) for extension of time until 5/22/08 to respond to the complaint is also granted. Status hearing set for 4/18/08 is reset for 4/25/08 at 9:30 a.m.Mailed notice (rbf, ) (Entered: 04/03/2008) |
| 04/03/2008 | 15 | ATTORNEY Appearance for Defendant Mount Vernon Mills Inc. by David Andrew Johnson (Johnson, David) (Entered: 04/03/2008) |
| 04/03/2008 | 16 | ATTORNEY Appearance for Defendant Mount Vernon Mills Inc. by Jerome Joseph Duchowicz (Duchowicz, Jerome) (Entered: 04/03/2008) |
| 04/07/2008 | 17 | MINUTE entry before Judge Honorable Elaine E. Bucklo:This case having been found related to case 5 C 6110 pending before judge Andersen, status hearing set for 4/25/08 is now vacated.Mailed notice (mpj, ) (Entered: 04/07/2008) |
| 04/07/2008 | 18 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Wayne R. Andersen pursuant to Local Rule 40.4 of this court. Signed by Executive Committee on 04/07/08. (lcw, ) (Entered: 04/10/2008) |
| 04/07/2008 | | Cases associated. (lcw, ) (Entered: 04/10/2008) |
| 04/14/2008 | 19 | ATTORNEY Appearance for Defendant Bulwark by James Andrew Klenk (Klenk, James) (Entered: 04/14/2008) |
| 04/14/2008 | 20 | ATTORNEY Appearance for Defendant Bulwark by Joel R. Merkin (Merkin, Joel) (Entered: 04/14/2008) |
| 04/14/2008 | 21 | MOTION by Defendant Bulwark for extension of time to file answer *agreed* (Attachments: # 1 Exhibit A)(Merkin, Joel) (Entered: 04/14/2008) |
| 04/14/2008 | 22 | NOTICE of Motion by Joel R. Merkin for presentment of motion for extension of time to file answer 21 before Honorable Wayne R. Andersen on 4/24/2008 at 09:00 AM. (Merkin, Joel) (Entered: 04/14/2008) |

| 04/15/2008 | 25 | ATTORNEY Appearance for Defendant G & K Services by Mark Nicholas Senak; Notice. (kj, ) (Entered: 04/17/2008) |
| --- | --- | --- |
| 04/16/2008 | 23 | MINUTE entry before Judge Honorable Wayne R. Andersen:By agreement of the parties, defendant to answer or otherwise plead to plaintiff's complaint is extended to May 2, 2008.Mailed notice (tsa, ) (Entered: 04/16/2008) |
| 04/16/2008 | 24 | ATTORNEY Appearance for Defendant CarHartt, Inc. by Christopher V. Carani (Carani, Christopher) (Entered: 04/16/2008) |
| 04/18/2008 | 26 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision motion for extension of time to file answer 21 .(tsa, )Mailed notice. (Entered: 04/18/2008) |
| 04/18/2008 | 27 | MOTION by Defendant Mount Vernon Mills Inc. to stay *the proceedings* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Johnson, David) (Entered: 04/18/2008) |
| 04/18/2008 | 28 | NOTICE of Motion by David Andrew Johnson for presentment of motion to stay, 27 before Honorable Wayne R. Andersen on 4/24/2008 at 09:00 AM. (Johnson, David) (Entered: 04/18/2008) |
| 04/21/2008 | 29 | AFFIDAVIT of Service filed by Plaintiffs Itex, Inc., MF & H Textiles, Inc., Defendant Unifirst regarding Summons, Complaint, First Amended Complaint, Jury Demand, Civil Cover Sheet, LR 3.4, Notice of Claims Involving Patents, Application For Leave To Appear Pro Hac Vice, Attorney Appearance Form, Case Management Procedures served on Jason Boulanger on March 25, 2008, SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to Unifirst on 3/25/2008, answer due 4/14/2008. (Chelstrom, Jeffrey) (Entered: 04/21/2008) |
| 04/21/2008 | 30 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of CarHartt, Inc. by John S. Artz; Order entered granting leave by Judge Honorable Wayne R. Andersen. Filing fee $ 50.00 paid, receipt number 4624001059. (lcw, ) Modified on 4/23/2008 (lcw, ). (Entered: 04/23/2008) |
| 04/21/2008 | 31 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of CarHartt, Inc. by John A. Artz; Order entered granting leave by Judge Honorable Wayne R. Andersen. Filing fee $ 50.00 paid, receipt number 4624001059.(lcw, ) (Entered: 04/23/2008) |
| 04/24/2008 | 32 | MINUTE entry before Judge Honorable Wayne R. Andersen:Agreed motion to extend the time to answer 21 or otherwise plead to the complaint is granted. Mailed notice (tsa, ) (Entered: 04/25/2008) |
| 04/24/2008 | 33 | MINUTE entry before Judge Honorable Wayne R. Andersen: Defendant Vernon Mills' motion to stay 27 is entered and briefed as follows: Plaintiff to respond by 5/9/2008. Defendant to reply by 5/16/2008. Ruling |

| | | |
|---|---|---|
| | | will be made by mail. Defendants Westex, CarHartt, Inc. and G & K Services oral motions to join Mills motion to stay is granted. Mailed notice (lcw, ) (Entered: 04/25/2008) |
| 05/06/2008 | 34 | MINUTE entry before Judge Honorable Morton Denlow: Status hearing set for 5/29/2008 at 10:15 AM.Mailed notice (dmk, ) (Entered: 05/06/2008) |
| 05/08/2008 | 35 | SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to Workrite Uniform Company Inc. on 3/17/2008, answer due 4/7/2008. (Chelstrom, Jeffrey) (Entered: 05/08/2008) |
| 05/08/2008 | 36 | SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to Bulwark on 3/24/2008, answer due 4/14/2008. (Chelstrom, Jeffrey) (Entered: 05/08/2008) |
| 05/08/2008 | 37 | SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to G & K Services on 3/14/2008, answer due 4/3/2008. (Chelstrom, Jeffrey) (Entered: 05/08/2008) |
| 05/08/2008 | 38 | SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to Aramark on 3/18/2008, answer due 4/7/2008. (Chelstrom, Jeffrey) (Entered: 05/08/2008) |
| 05/08/2008 | 39 | SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to Mount Vernon Mills Inc. on 3/17/2008, answer due 4/7/2008. (Chelstrom, Jeffrey) (Entered: 05/08/2008) |
| 05/08/2008 | 40 | SUMMONS Returned Executed by Itex, Inc., MF & H Textiles, Inc. as to CarHartt, Inc. on 3/25/2008, answer due 4/14/2008. (Chelstrom, Jeffrey) (Entered: 05/08/2008) |
| 05/09/2008 | 41 | MOTION by Plaintiffs Itex, Inc., MF & H Textiles, Inc. to consolidate cases *AND REQUEST FOR ORAL ARGUMENT* (Attachments: # 1 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 05/09/2008) |
| 05/09/2008 | 42 | NOTICE of Motion by Jeffrey A Chelstrom for presentment of motion to consolidate cases 41 before Honorable Wayne R. Andersen on 5/22/2008 at 09:00 AM. (Attachments: # 1 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 05/09/2008) |
| 05/09/2008 | 43 | MEMORANDUM by Itex, Inc., MF & H Textiles, Inc. in Opposition to motion to stay, 27 *AND MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CONSOLIDATION, 41* (Attachments: # 1 Certificate of Service)(Chelstrom, Jeffrey) (Entered: 05/09/2008) |
| 05/12/2008 | 44 | TRANSCRIPT of proceedings for the following dates: 4/24/08; Before the Honorable Honorable Wayne R. Andersen. (Document Not Scanned) (lcw, ) (Entered: 05/13/2008) |
| 05/13/2008 | 45 | MINUTE entry before Judge Honorable Wayne R. Andersen:Plaintiff's motion to consolidate cases 41 is entered and continued to 5/21/2008 @ 9:00 a.m.Mailed notice (tsa, ) (Entered: 05/13/2008) |
| | | |

| 05/13/2008 | 46 | MOTION by Defendant Bulwark for extension of time to file answer regarding complaint 1 *(AGREED)* (Attachments: # 1 Exhibit A)(Merkin, Joel) (Entered: 05/13/2008) |
| --- | --- | --- |
| 05/13/2008 | 47 | NOTICE of Motion by Joel R. Merkin for presentment of motion for extension of time to file answer, motion for relief 46 before Honorable Morton Denlow on 5/19/2008 at 09:15 AM. (Merkin, Joel) (Entered: 05/13/2008) |
| 05/14/2008 | 48 | MINUTE entry before Judge Honorable Morton Denlow:Agreed Motion to extend the time to 6/13/08 to answer or otherwise plead to the complaint 46 is granted. Status hearing reset to 6/26/2008 at 10:00 AM. Motion hearing set for 5/19/08 is stricken. Status hearing set for 5/29/08 is stricken. Motions terminated: Mailed notice (dmk, ) Modified on 5/14/2008 (dmk, ). (Entered: 05/14/2008) |
| 05/21/2008 | 49 | MINUTE entry before the Honorable Wayne R. Andersen:Defendant Vernon Mills' motion to stay 27 is briefed as follows: By agreement of the parties, the reply is extended to 5/23/2008. Plaintiff's motion to consolidate cases 41 is entered and continued to 5/28/2008 @ 1:30 p.m.Mailed notice (tsa, ) (Entered: 05/21/2008) |
| 05/22/2008 | 50 | MOTION by Defendants Mount Vernon Mills Inc., CarHartt, Inc., Plaintiffs Itex, Inc., MF & H Textiles, Inc. for extension of time to file answer *or otherwise plead* (Attachments: # 1 Exhibit A)(Carani, Christopher) (Entered: 05/22/2008) |
| 05/22/2008 | 51 | NOTICE of Motion by Christopher V. Carani for presentment of motion for extension of time to file answer 50 before Honorable Wayne R. Andersen on 5/29/2008 at 09:00 AM. (Carani, Christopher) (Entered: 05/22/2008) |
| 05/22/2008 | 52 | ATTORNEY Appearance for Intervenor Defendant Westex Inc by Christopher Eric Paetsch (Paetsch, Christopher) (Entered: 05/22/2008) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 05/23/2008 10:36:26 | | | |
| **PACER Login:** | os0068 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-01224 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |



ITEX SUITS - BREAKDOWN OF PARTIES