# EXHIBIT A

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

   ITEX, INC.,                    )  No. 08 C 1224
                                  )
                  Plaintiff,      )  Chicago, Illinois
                                  )  April 24, 2008
                                  )  9:00 o'clock a.m.
   -vs-                           )
                                  )
                                  )
   WORKRITE UNIFORM COMPANY,      )
   INC., et al.,                  )
                                  )
                  Defendants.     )


              TRANSCRIPT OF PROCEEDINGS - MOTION
           BEFORE THE HONORABLE WAYNE R. ANDERSEN

APPEARANCES:

For the Plaintiff:          FITCH EVEN TABIN & FLANNERY
                            120 South LaSalle Street
                            Suite 1600
                            Chicago, Illinois 60603
                            BY:  MR. JEFFREY A. CHELSTROM

For Defendant               SONNENSCHEIN, NATH & ROSENTHAL
VF Image Wear:              233 South Wacker Drive
                            Suite 8000
                            Chicago, Illinois 60606
                            BY:  MR. JOEL R. MERKIN

For Defendant               SENAK & SMITH, LTD.
G&K Services:               200 West Adams Street
                            Suite 1015
                            Chicago, Illinois 60606
                            BY:  MR. MARK N. SENAK

For Defendant Mount         SMITHAMUNDSEN LLC
Vernon Mills, Inc.:         150 North Michigan Avenue
                            Suite 3300
                            Chicago, Illinois 60601
                            BY:  MR. DAVID A. JOHNSON
```

```
 1  ║  APPEARANCES:  (cont.)
 2  ║  For Defendant                MCANDREWS HELD & MALLOY, P.C.
    ║  CarHartt, Inc.:              500 West Madison Street
 3  ║                               Suite 3400
    ║                               Chicago, Illinois 60661
 4  ║                               BY:  MR. CHRISTOPHER V. CARANI
 5  ║
    ║  For Defendant                SEYFARTH SHAW LLP
 6  ║  Westex, Inc.:                131 South Dearborn Street
    ║                               Suite 2400
 7  ║                               Chicago, Illinois 60603
    ║                               BY:  MR. CHRISTOPHER E. PAETSCH
 8  ║
 9  ║
10  ║
11  ║
12  ║
13  ║
14  ║
15  ║
16  ║
17  ║
18  ║
19  ║
20  ║
21  ║
22  ║
23  ║  Court Reporter:              ROSEMARY SCARPELLI
    ║                               219 South Dearborn Street
24  ║                               Room 1412
    ║                               Chicago, Illinois  60604
25  ║                               (312) 435-5815
```

```
 1        THE CLERK:  This is case 8 C 1224, Itex, Inc.
 2   versus Workrite.
 3        MR. SENAK:  Good morning, your Honor, Mark Senak on
 4   behalf of G&K Services.
 5        MR. JOHNSON:  Good morning, your Honor, David
 6   Johnson behalf of the defendant Mount Vernon Mills.
 7        MR. CHELSTROM:  Good morning, your Honor, Jeff
 8   Chelstrom on behalf of the plaintiff Itex.
 9        MR. CARANI:  Good morning, your Honor, Chris Carani
10   on behalf of defendant CarHartt.
11        MR. PAETSCH:  Good morning, your Honor, Christopher
12   Paetsch, P-A-E-T-S-C-H, on behalf of Westex.
13        THE COURT:  Hi.
14        MR. MERKIN:  Good morning, Joel Merkin on behalf of
15   defendant VF Image Wear, incorrectly named as Bulwark.
16        THE COURT:  Have -- whose motion is this?
17        MR. JOHNSON:  It is my motion, your Honor.
18        THE COURT:  And have you had a chance to confer
19   with everybody else regarding it?
20        MR. JOHNSON:  Yes.
21        THE COURT:  And how would everybody else like to
22   respond?
23        MR. CHELSTROM:  Plaintiff would like a briefing
24   schedule, your Honor.
25        THE COURT:  Does that seem reasonable to you?
```

```
 1            MR. JOHNSON:  Yes, your Honor.
 2            THE COURT:  What time would you like?
 3            MR. CHELSTROM:  We would like to propose at least a
 4   couple weeks for us to prepare a response.
 5            THE COURT:  So how about if you file your brief on
 6   -- do you want to say May 9?
 7            MR. CHELSTROM:  Okay.  Yeah.
 8            THE COURT:  Is that all right?
 9            MR. CHELSTROM:  Yes.
10            THE COURT:  And a reply May 16.  So anyone who
11   wants to file a motion in opposition to the motion to stay
12   should file on May 9th.  Anyone -- and then a reply on May
13   16.
14            What is the essence of your motion?
15            MR. JOHNSON:  The essence of my motion, your Honor,
16   is that there -- the patent is the same in both actions.  The
17   earlier filed action was filed two and a half years ago.
18   Ours was just filed recently.  The same patent.  The -- the
19   motion -- the defendant Westex in the first action has filed
20   a motion -- or has filed affirmative defenses on patent
21   invalidity and has filed a counterclaim for declaratory
22   judgment on patent invalidity.  And I believe the
23   jurisprudence in this district is that in a case of --
24            THE COURT:  I am just flinching over the word
25   "jurisprudence."  That is all.
```

1    MR. JOHNSON:  I took a --

2    THE COURT:  There is jurisprudence and there some

3 just regular decisions and such.

4    MR. JOHNSON:  Well, I was trying to act

5 appropriately in this --

6    THE COURT:  So I am just -- that is fine.

7    MR. JOHNSON:  -- this esteemed court.

8    Judge Kocoras, as a matter of fact, has rendered an

9 opinion that where the patent is the same in both case -- in

10 an earlier case, then a later filed case, the finding of

11 patent invalidity first in the case is dispositive of any

12 further action, any other actions.

13    THE COURT:  Okay.  So let's do the briefing

14 schedule.  When you are filing your reply, let us know and

15 then I will make sure I take it up quickly.  And I will be in

16 touch with everybody to figure out whether I will just rule

17 by writing or we will have an oral argument or some kind of

18 hearing or something like that.  Okay?

19    MR. PAETSCH:  Your Honor, I might -- this is again

20 Christopher Paetsch on behalf of Westex.  I just wanted to

21 mention on a related action Westex has been speaking with the

22 plaintiff about the same notion of a stay at least with

23 regard to the people in the Westex chain of commerce, if you

24 will.

25    THE COURT:  Right.

1    MR. PAETSCH: I expect that we may be able to reach
2 an agreement on that. If for some reason we don't, Westex
3 would make a similar motion and perhaps we -- I could get on
4 the same track, if I needed to, so there is not two --
5    THE COURT: Why don't we do this: Why don't you
6 orally move now to stay and then we will consider your motion
7 to stay as well. You don't have to file any brief because
8 one has been filed, but in your -- you can reply. But if
9 anybody reaches an agreement with respect to their client or
10 some -- something narrower than the full lawsuit, just file
11 an agreed order.
12    MR. PAETSCH: That makes perfect sense, your Honor.
13 And the arguments that we would assert for stay are very
14 similar to those we would raise with regard to the amendment
15 issue in the -- in the earlier case. So --
16    THE COURT: Okay. So you represent --
17    MR. PAETSCH: We would do fine just to reply is my
18 point.
19    THE COURT: You represent Westex you said?
20    MR. PAETSCH: Yes.
21    THE COURT: Okay. So we will put on the record
22 that you are orally joining the motion to stay. And then I
23 understand that that is a position you might change later on.
24    MR. PAETSCH: Thank you, your Honor. I appreciate
25 that.

1    MR. CARANI: Your Honor, if I may, Chris Carani
2  again, CarHartt. We are going to also like to orally join in
3  the motion. We haven't filed a paper to that -- in that.
4    THE COURT: Done.
5    MR. CARANI: Perfect.
6    MR. SENAK: Simply for the record, your Honor, Mark
7  Senak on behalf of G&K Services. We would orally join the
8  motion. I will add to that that last week at the status
9  hearing before -- I think it was Magistrate Denlow -- I spoke
10 with Mr. Mikesell, lead counsel for the plaintiff. He
11 indicated that for our tier -- we are simply a distributor of
12 the product that allegedly infringed. He indicated that he
13 would agree to a stay as to the third-tier defendants. So I
14 would join the motion, but our interests are even more
15 farther removed from the issue that is brought up, and we may
16 ultimately reach agreement that we would then bring to the
17 Court.
18    THE COURT: Okay. And, you know, for what it is
19 worth, I -- I know that there is certain rights, but,
20 generally speaking, my feeling is that it is sort of --
21 customers, innocent third-parties, should not be burdened
22 with lots of patent litigation. But, you know, we will see.
23    MR. CHELSTROM: I will pass those comments along to
24 Mr. Mikesell.
25    THE COURT: Well, I feel strongly.

1   And also I see Mr. Mikesell is in California. If
2   -- if you are close to working something out and you need to
3   have a phone conference or something and you would let us
4   know, that is certainly a manageable thing.
5       MR. CHELSTROM: Thank you, your Honor. We will do
6   so.
7       MR. CARANI: Thank you for your time.
8       THE COURT: Okay. Have a great day.
9       MR. CHELSTROM: Thank you.
10      (Which were all the proceedings heard.)
11                    CERTIFICATE
12      I certify that the foregoing is a correct transcript
13  from the record of proceedings in the above-entitled matter.
14
15  _Rosemary Scarpelli_                _4/28/2008_
    Rosemary Scarpelli                  Date
16  Official Court Reporter