IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WORKRITE UNIFORM COMPANY, INC., California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation, <br><br> Defendants. | No.: 08 C 1224 <br> Judge: Wayne R. Andersen <br> Magistrate Judge: Morton Denlow |

**DEFENDANT CARHARTT, INC.'S REPLY IN SUPPORT OF MOTION TO STAY**

In support of Defendant Mount Vernon Mills, Inc.'s Motion to Stay the Proceedings, Defendant Carhartt, Inc. hereby adopts and incorporates by reference the positions set forth by Mount Vernon Mills in Docket # 53, which is entitled "Defendant Mount Vernon Mills, Inc.'s Reply to Plaintiffs' Response to Mount Vernon's Motion to Stay the Proceedings."

                                                            McAndrews, Held & Malloy, Ltd.

                      By:   s/ Christopher V. Carani
                             Attorney for Carhartt, Inc.

Christopher V. Carani (#6269503)
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., Suite 3400
Chicago, Illinois 60661

**AFFIDAVIT OF SERVICE**

I, Christopher V. Carani, an attorney, certify that on May 27, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **John A. Artz**
  jaartz@dicksonwright.com
- **John S. Artz**
  jsaartz@dickinsonwright.com
- **Joel Merkin**
  jmerkin@sonnenschein.com,ndil_ecf@sonnenschein.com
- **Jeffrey A. Chelstrom**
  jachel@fitcheven.com
- **Jerome J. Duchowicz**
  jduchowicz@salawus.com
- **Mark W. Hetzler**
  mwhetz@fitcheven.com
- **David A. Johnson**
  djohnson@salawus.com
- **Mark N. Senak**
  msenak@savilaw.com

and I hereby certify that on May 27, 2008, I mailed by U.S. Postal Service, the document(s) to the following non-registered participants:

**Richard L. Mikesell**
Law Offices of R.L. Mikesell
14827 Ventura Boulevard
Suite 216
Sherman Oaks, CA 91403

                                                      /s/      Christopher V. Carani