**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Itex, Inc., et al.

                              Plaintiff,

v.                                                 Case No.: 1:08–cv–01224
                                                          Honorable Wayne R. Andersen

Workrite Uniform Company Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendant Mt. Vernon's motion to consolidate is entered and briefed as follows: Responses due by 6/13/2008. Replies due by 6/20/2008. Ruling will be made by mail. Defendant Mt. Vernon is extended time to answer or otherwise plead to 7/11/2008. Defendant Westex motion to stay is entered. Draft order to follow.Mailed notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.