IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WORKRITE UNIFORM COMPANY, INC., California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation, <br><br> Defendants. | No.:    08 C 1224 <br> Judge:    Wayne R. Andersen <br> Magistrate Judge:    Morton Denlow |

## NOTICE OF MOTION

TO:    **SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE THAT on the 12th day of June, 2008, at 9:00 a.m., we shall appear before the Honorable Judge Wayne R. Andersen in Room 1403, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached AGREED SECOND MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT, a copy of which is hereby served upon you.

McAndrews, Held & Malloy, Ltd.

By:    s/ Christopher V. Carani
       Attorney for Carhartt, Inc.

Christopher V. Carani (#6269503)
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., Suite 3400
Chicago, Illinois 60661

## **AFFIDAVIT OF SERVICE**

I, Christopher V. Carani, an attorney, certify that on June 10, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **John A. Artz**
  jaartz@dicksonwright.com
- **John S. Artz**
  jsaartz@dickinsonwright.com
- **Joel Merkin**
  jmerkin@sonnenschein.com, ndil_ecf@sonnenschein.com
- **Jeffrey A. Chelstrom**
  jachel@fitcheven.com
- **Jerome J. Duchowicz**
  jduchowicz@salawus.com
- **Mark W. Hetzler**
  mwhetz@fitcheven.com
- **David A. Johnson**
  djohnson@salawus.com
- **Mark N. Senak**
  msenak@savilaw.com
- **Richard L. Mikesell**
  richardmikesell@sbcglobal.net


___/s/_____Christopher V. Carani_____