IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, ) ) ) Plaintiffs, ) vs. ) ) ) WORKRITE UNIFORM COMPANY, INC., ) California Corporation; BULWARK, a Division ) of VF Corporation, a Delaware Corporation; ) CINTAS, an Ohio Corporation; UNIFIRST, a ) Massachusetts Corporation; G & K SERVICES, ) a Minnesota Corporation; ARAMARK, a ) Delaware Corporation; GREENWOOD MILLS, ) INC., a South Carolina Corporation; MOUNT ) VERNON MILLS, INC., a South Carolina ) Corporation; and CARHARTT, INC., a ) Michigan Corporation, ) ) Defendants. ) | No.:  08 C 1224<br>Judge:  Wayne R. Andersen<br>Magistrate Judge:  Morton Denlow |

**AGREED SECOND MOTION TO EXTEND THE TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b), Defendant Carhartt, Inc. ("Carhartt"), by and through its attorneys, and with the agreement of counsel from Plaintiffs, respectfully request to extend the time to answer or otherwise plead to Plaintiffs' Complaint, up to and including July 11, 2008. In support of this motion, Defendant Carhartt states:

1. Plaintiffs' Complaint for patent infringement was filed on February 29, 2008, in the United States District Court for the Northern District of Illinois, Eastern Division.

2. Pursuant to the Court's May 28, 2008 Order, the current deadline for Carhartt to file and Answer or otherwise plead to the Complaint is June 13, 2008.

3. The parties have agreed to extend the time for Carhartt to file an Answer or otherwise plead until July 11, 2008. Correspondence confirming this agreement is attached hereto as

Exhibit A.

4. The extension of time to July 11, 2008 is reasonable to provide counsel for Carhartt sufficient time to adequately investigate the allegations and prepare appropriate responses to the Complaint, and in light of the pending motion to stay/consolidate, which if granted will postpone or obviate the filing.

WHEREFORE, Defendants Carhartt and Mount Vernon respectfully requests that the Court enter and order allowing them until July 11, 2008 in which to respond or otherwise plead to the Complaint.

                                        McAndrews, Held & Malloy, Ltd.

By:   s/ Christopher V. Carani
         Attorney for Carhartt, Inc.

Christopher V. Carani (#6269503)
McAndrews, Held & Malloy, Ltd.
500 W. Madison St., Suite 3400
Chicago, Illinois 60661

## AFFIDAVIT OF SERVICE

I, Christopher V. Carani, an attorney, certify that on June 10, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **John A. Artz**
  jaartz@dicksonwright.com
- **John S. Artz**
  jsaartz@dickinsonwright.com
- **Joel Merkin**
  jmerkin@sonnenschein.com, ndil_ecf@sonnenschein.com
- **Jeffrey A. Chelstrom**
  jachel@fitcheven.com
- **Jerome J. Duchowicz**
  jduchowicz@salawus.com
- **Mark W. Hetzler**
  mwhetz@fitcheven.com
- **David A. Johnson**
  djohnson@salawus.com
- **Mark N. Senak**
  msenak@savilaw.com
- **Richard L. Mikesell**
  richardmikesell@sbcglobal.net

/s/     Christopher V. Carani

# EXHIBIT A

## Chris Carani

**Subject:** Itex, inc. et al v. Workrite Uniform Co., Inc. et al., 08 C 1224 (N.D.Ill.)
**Attachments:** ENVELOPE.TXT

---

**From:** richardmikesell@sbcglobal.net [mailto:richardmikesell@sbcglobal.net]
**Sent:** Monday, June 09, 2008 1:42 PM
**To:** Chris Carani
**Subject:** Re: Itex, inc. et al v. Workrite Uniform Co., Inc. et al., 08 C 1224 (N.D.Ill.)

No problem. You have it.


*CCARANI@mcandrews-ip.com* wrote:

> Jeffrey,
>
> In his June 5, 2008 minute order, Judge Anderson extended the time for Mount Vernon to answer or otherwise plead to the Complaint until July 11, 2008. Carhartt would like a similar extension.
>
> In the interest of submitting an agreed motion, please confirm that Defendant Carhartt, Inc. may have up to, and including, July 11, 2008 to answer or otherwise plead to the Complaint in the above-referenced matter.
>
> For your review, attached are a Notice and Agreed Motion to Extend the Time to Answer Or Otherwise Plead to the Complaint.
>
> Regards, Chris
>
> **mcandrews**
> McANDREWS HELD & MALLOY LTD
>
> **Christopher V. Carani**
> McANDREWS HELD & MALLOY LTD.
> 500 WEST MADISON STREET, 34th FLOOR
> CHICAGO ILLINOIS 60661
> (T) 312 775 8000
> (F) 312 775 8100
> ccarani@mcandrews-ip.com
> www.mcandrews-ip.com

6/10/2008