File No. 3006728-DAJ/ata

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation,<br><br>    Plaintiffs,<br>vs.<br><br>WORKRITE UNIFORM COMPANY, INC., California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation,<br><br>    Defendants. | No.:       08 C 1224<br>Judge: Wayne R. Andersen<br>Magistrate Judge: Morton Denlow |

## NOTICE OF MOTION

TO:    **SEE ATTACHED SERVICE LIST**

    **PLEASE TAKE NOTICE** that on the 19th day of June, 2008, at 9:00 a.m., we shall appear before the Honorable Judge Wayne R. Anderson in Room 1403, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached Defendant Mount Vernon Mills, Inc.'s Response to Plaintiffs' Motion to Consolidate and Motion to Sever, a copy of which is hereby served upon you.

                                                SmithAmundsen LLC

                          By:    s/ David A. Johnson
                                    Attorney for Mount Vernon Mills, Inc.

David A. Johnson, ARDC No. 6184135
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 Fax

## AFFIDAVIT OF SERVICE

I, Angenette Adams, after being first duly sworn on oath, depose and state that I electronically served this Notice, together with the documents herein referred, to the above-named attorneys prior to 5:00 p.m. on June 13, 2008.

*Angenette Adams*

SUBSCRIBED and SWORN to before me
this 13th day of June, 2008.

*Beth Coronado*
Notary Public

OFFICIAL SEAL
BETH CORONADO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/28/09

File No. 3006728-DAJ
Itex, Inc. and MF & H Textiles, Inc. v.
Workrite Uniform Company, Inc.

## SERVICE LIST

**Attorneys for Plaintiffs**
Mark W. Hetzler, Esq.
Jeffrey A. Chelstrom, Esq.
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
(312) 577-7000 - Main
(312) 577-7007 - Fax
Email: jachel@fitcheven.com
        mwhetz@fitcheven.com

Richard L. Mikesell, Esq.
Law Offices of R. L. Mikesell
14827 Ventura Boulevard, Suite 216
Sherman Oaks, California 91403
(818) 376-0376 - Main
richardmikesell@sbcglobal.net

**Attorneys for VF Imagewear, Inc.
(incorrectly sued as "Bulwark, a Division
of VF Corporation")**
Steven R. Sedberry, Esq.
Corporate Counsel
VF Imagewear, Inc.
545 Marriott Drive
Nashville, TN 37214
(615) 565-5189 - Direct Line
(615) 882-2426 - Fax

**Attorneys for Westex, Inc., King America
Finishing, Inc. and
Western Pierce Dyers & Finishers, Inc.**
Christopher Eric Paetsch, Esq.
Alan L. Unikel, Esq.
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603-5577
(312) 460-5000 - Main
email: cpaetsch@seyfarth.com
        aunikel@seyfarth.com

**Attorneys for VF Imagewear, Inc.**
James A. Klenk, Esq.
Joel R. Merkin, Esq.
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 876-8000 - Main

**Attorneys for G & K Services**
Mark N. Senak, Esq.
Senak & Smith, Ltd.
200 West Adams Street, Suite 1015
Chicago, IL 60606
(312) 714-7149 - Main
(312) 268-6164 - Fax

Kevin Kenely, Esq.
(612) 335-1928

**Attorneys for Carhartt, Inc.**
Christopher V. Carani, Esq.
McAndrews Held & Malloy, Ltd.
500 West Madison Street
Chicago, IL 60661
(312) 775-8000 - Main

John A. Artz, Esq.
Dickinson Wright PLLC
38525 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
248-433-7257 - Main
248-433-7274 - Fax
248-705-0582 - Cell
jaartz@dickinsonwright.com

**Attorneys for Armark**
Marlyn Gates, Esq.
General Corporate Counsel
(818) 973-3712 - Direct Line
(818) 973-3700 - Main
(818) 973-3793 - Fax

**Attorneys for Mount Vernon Mills, Inc.**
Cort R. Flint, Esq.
McNair Law Firm
101 North Main Street, Suite 900
Greenville, SC 29601
(864) 271-4940 - Main
(864) 552-9377 - Direct
(864) 232-4437 - Fax
cflint@mcnair.net

David A. Johnson, Esq.
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
(312) 894-3200 - Main
(312) 894-3210 - Fax
djohnson@salawus.com