IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| ITEX, INC., a Colorado Corporation; and MF & H TEXTILES, INC., a Georgia Corporation, | Case No. 08 C 1224 |
|  | Judge Wayne R. Andersen |
| Plaintiffs, | Magistrate Judge Morton Denlow |
| vs. |  |
| WORKRITE UNIFORM COMPANY, INC., a California Corporation; BULWARK, a Division of VF Corporation, a Delaware Corporation; CINTAS, an Ohio Corporation; UNIFIRST, a Massachusetts Corporation; G & K SERVICES, a Minnesota Corporation; ARAMARK, a Delaware Corporation; GREENWOOD MILLS, INC., a South Carolina Corporation; MOUNT VERNON MILLS, INC., a South Carolina Corporation; and CARHARTT, INC., a Michigan Corporation, |  |
| Defendants. |  |

**AGREED MOTION TO EXTEND THE TIME TO ANSWER
OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant VF Imagewear, Inc., a Delaware Corporation, incorrectly named as Bulwark, a Division of VF Corporation ("VF Imagewear"), by and through its attorneys, James A. Klenk and Joel R. Merkin, and with the agreement of counsel for Plaintiffs, pursuant to Federal Rule of Civil Procedure 6(b) respectfully requests to extend the time to answer or otherwise plead to Plaintiffs' Complaint, up to and including twenty-eight (28) days after the filing of the forthcoming Agreed Order between Plaintiffs and certain Defendants (including VF Imagewear). In support of this motion, VF Imagewear states:

1.      Plaintiffs' Complaint for patent infringement was filed on February 29, 2008, in the United States District Court for the Northern District of Illinois, Eastern Division.

2. The Court granted VF Imagewear's Agreed Motion to Extend the Time to Answer or Otherwise Plead to the Complaint filed on April 14, 2008, extending the time for VF Imagewear to answer or otherwise plead to May 14, 2008.

3. The Court granted VF Imagewear's Agreed Motion to Extend the Time to Answer or Otherwise Plead to the Complaint filed on May 13, 2008, extending the time for VF Imagewear to answer or otherwise plead to June 13, 2008.

4. As discussed at the status hearing before Judge Andersen on June 5, 2008, Plaintiffs and certain Defendants (including VF Imagewear) have reached a number of agreements, and an Agreed Order between said parties is forthcoming which includes that certain Defendants (including VF Imagewear) are given an additional twenty-eight (28) days in which to file an Answer or responsive pleading.

WHEREFORE, Defendant VF Imagewear respectfully requests that the Court enter an order allowing Defendant VF Imagewear up to and including twenty-eight (28) days after the filing of the forthcoming Agreed Order between Plaintiffs and certain Defendants (including VF Imagewear), in which to answer or otherwise plead to Plaintiffs' Complaint.

Dated: June 13, 2008                By: /s/ Joel R. Merkin

James A. Klenk (#1482599)
Joel R. Merkin (#6290212)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 876-8000

# CERTIFICATE OF SERVICE

I, Joel R. Merkin, an attorney, hereby certify that on June 13, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **John A. Artz**
jaartz@dickinsonwright.com
- **John S. Artz**
jsartz@dickinsonwright.com
- **Christopher V. Carani**
ccarani@mhmlaw.com
- **Jeffrey A Chelstrom**
jachel@fitcheven.com
- **Jerome Joseph Duchowicz**
jduchowicz@salawus.com
- **Mark Warren Hetzler**
mwhetz@fitcheven.com
- **David Andrew Johnson**
djohnson@salawus.com
- **Christopher Eric Paetsch**
cpaetsch@seyfarth.com
- **Mark Nicholas Senak**
msenak@salvilaw.com

and I hereby certify that on June 13, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**Richard L. Mikesell**
Law Offices of R.L. Mikesell
14827 Ventura Boulevard
Suite 216
Sherman Oaks, CA 91403

/s/ Joel R. Merkin
Joel R. Merkin