# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08cv01224
Itex, Inc. et al vs.
Workrite Uniform Company, Inc. et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carhartt, Inc. (Defendant)

| |
|---|
| NAME (Type or print)<br>John L. Abramic |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John L. Abramic |
| FIRM<br>McAndrews, Held & Malloy, Ltd. |
| STREET ADDRESS<br>500 W. Madison Street |
| CITY/STATE/ZIP<br>Chicago/ Illinois/ 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6274445 | TELEPHONE NUMBER<br>312-775-8000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐