**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Itex, Inc., et al.
                              Plaintiff,

v.                                               Case No.: 1:08−cv−01224
                                                 Honorable Wayne R. Andersen

Workrite Uniform Company Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to set aside verdict [60] is withdrawn without prejudice. Defendant's motion to set aside verdict [63] is withdrawn without prejudice. Defendant's motion for extension of time to answer [64] is withdrawn without prejudice. Motion to stay [27] regarding Mt. Vernon is denied without prejudice. The Court allows plaintiff to file 2 amended complaints as stated on the record in open court by 7/18/2008. All other motions are withdrawn without prejudice. Advised in open court notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.