CERTIFICATE OF SERVICE

      I, Jeffrey A. Chelstrom, an attorney, certify that I served the attached FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL via the Court's electronic filing system before 5:00 p.m. today, July 15, 2008, upon the following counsel of record:

      John Lloyd Abramic, Esq.
      jabramic@mhmlaw.com

      John A. Artz, Esq.
      jaartz@dickinsonwright.com

      John S. Artz, Esq.
      jsartz@dickinsonwright.com

      Christopher V. Carani, Esq.
      ccarani@mhmlaw.com

      Jerome Joseph Duchowicz, Esq.
      jduchowicz@salawus.com

      David Andrew Johnson, Esq.
      djohnson@salawus.com


                                        s/Jeffrey A. Chelstrom
                                        Attorney for Plaintiffs