**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Itex, Inc., et al.
                         Plaintiff,

v.                                           Case No.: 1:08−cv−01224
                                                            Honorable Wayne R. Andersen

Mount Vernon Mills Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Morton Denlow:Magistrate Judge Status hearing held on 7/24/2008. Status hearing set for 9/11/2008 at 10:15 AM. Defendants Mount Vernon Mills, Inc. and CarHartt, Inc. have an extension to answer or otherwise plead to a date of 20 days after the plaintiff notifies the defendants that he desires such a pleading Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.